# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

RICHARD ENOS , ET AL. ,

V.

ERIC HOLDER , ET AL. ,

**SUMMONS IN A CIVIL CASE**

CASE NO: **2:10-CV-02911-JAM-EFB**

TO: **Eric Holder, Robert Mueller, III**
Defendant's Address:

**YOU ARE HEREBY SUMMONED** and required to serve on

**Donald E. J. Kilmer, Jr.
Law Offices Of Donald Kilmer, APC
1645 Willow Street, Suite 150
San Jose, CA 95125**

an answer to the complaint which is served on you with this summons, within **60** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**VICTORIA C. MINOR**
CLERK

/s/ **H. Kaminski**

(By) DEPUTY CLERK



ISSUED ON 2010-10-29 10:42:11.0 , Clerk
USDC EDCA

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me (1) | DATE  11-23-10 @ 2:25pm |
| NAME OF SERVER (PRINT)  TIM N. BLY | TITLE  REGISTERED PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: BENJAMIN WAGNER, U.S. ATTORNEY BY SERVING JOYCE DORSEY, AUTHORIZED TO ACCEPT 501 "I" ST. SACRAMENTO, CA  95814

[ ] Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

[ ] Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $72.50 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   11-29-10
                Date

*Signature of Server*

TIMOTHY N. BLY
SANTA CLARA COUNTY #1311

*Address of Server*

COUNTY PROCESS SERVICE, INC.
31 East Julian Street
San Jose, CA 95112
(408) 297-6070