1  Donald E.J. Kilmer, Jr., (SBN: 179986)
   LAW OFFICES OF DONALD KILMER
2  A Professional Corporation
   1645 Willow Street, Suite 150
3  San Jose, California 95125
   Telephone:    408/264-8489
4  Facsimile:    408/264-8487
   E-Mail:       Don@DKLawOffice.com
5
   Attorney for Plaintiffs
6

7

8
                    UNITED STATES DISTRICT COURT
9
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11 RICHARD ENOS, JEFF BASTASINI,            CASE NO.: 2:10-CV-02911-JAM-EFB
   LOUIE MERCADO, WALTER GROVES,
12 MANUEL MONTEIRO, EDWARD                  CERTIFICATE OF SERVICE:
   ERIKSON, VERNON NEWMAN, JEFF
13 LOUGHRAN and WILLIAM EDWARDS,            BENJAMIN WAGNER, U.S. ATTORNEY

14
                 Plaintiffs,
15
                    vs.
16

17 ERIC HOLDER, as United States Attorney
   General, and ROBERT MUELLER, III, as
18 Director of the Federal Bureau of
   Investigation,
19
                 Defendants.
20

21
        Attached is a true and correct copy of a RETURN OF SERVICE on BENJAMIN
22
   WAGNER, U.S. ATTORNEY.
23
        Respectfully Submitted,
24          /s/
        _____
        Donald E.J. Kilmer, Jr., (SBN: 179986)
25      LAW OFFICES OF DONALD KILMER
        A Professional Corporation
26      1645 Willow Street, Suite 150
        San Jose, California 95125
27
        Attorney for Plaintiffs
28

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487