## RETURN OF SERVICE

| Service of the Summons and complaint was made by me (1) | DATE 11-23-10 @ 2:25pm |
|---|---|
| NAME OF SERVER *(PRINT)* TIM N. BLY | TITLE REGISTERED PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: BENJAMIN WAGNER, U.S. ATTORNEY BY SERVING JOYCE DORSEY, AUTHORIZED TO ACCEPT 501 "I" ST. SACRAMENTO, CA 95814

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

[ ] Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $72.50 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    11-29-10
                  Date                    *Signature of Server*

TIMOTHY N. BLY
SANTA CLARA COUNTY #1311

*Address of Server*

**COUNTY PROCESS SERVICE, INC.**
31 East Julian Street
San Jose, CA 95112
(408) 297-6070