Donald E.J. Kilmer, Jr., (SBN: 179986)
LAW OFFICES OF DONALD KILMER
A Professional Corporation
1645 Willow Street, Suite 150
San Jose, California 95125
Telephone:    408/264-8489
Facsimile:    408/264-8487
E-Mail:       Don@DKLawOffice.com

Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ENOS, JEFF BASTASINI, LOUIE MERCADO, WALTER GROVES, MANUEL MONTEIRO, EDWARD ERIKSON, VERNON NEWMAN, JEFF LOUGHRAN and WILLIAM EDWARDS,<br><br>Plaintiffs,<br><br>vs.<br><br>ERIC HOLDER, as United States Attorney General, and ROBERT MUELLER, III, as Director of the Federal Bureau of Investigation,<br><br>Defendants. | CASE NO.: 2:10-CV-02911-JAM-EFB<br><br>CERTIFICATE OF SERVICE:<br><br>ERIC HOLDER, ATTORNEY GENERAL<br><br>ROBERT MUELLER, III, FBI DIRECTOR |

I, Donald Kilmer, certify that copies of the following documents:

1.   Summons.
2.   Complaint.
3.   Civil Cover Sheet.
4.   Stipulation to Elect Referral of Action to VDRP.
5.   Notice of Availability of VDRP.
6.   Consent/Decline Jurisdiction of Magistrate Judge.
7.   Notice of Availability of Magistrate Judge.
8.   Order Requiring Joint Status Report.
9.   Letter, dated November 16, 2010.

Were served on:

Donald Kilmer
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

1    ERIC HOLDER, ATTORNEY GENERAL on November 24, 2010, and

2    ROBERT MUELLER, III, DIRECTOR FEDERAL BUREAU OF INVESTIGATION on November 22, 2010,

3

4    By Certified Mail, return receipt requested.

    Attached are true and correct copies of the United States Postal Service PS Form 3811,
5
Domestic Return Receipt for service on both defendants.
6

7
    Respectfully Submitted,
8
        /s/
9    Donald E.J. Kilmer, Jr., (SBN: 179986)
    LAW OFFICES OF DONALD KILMER
10   A Professional Corporation
    1645 Willow Street, Suite 150
11   San Jose, California 95125

12   Attorney for Plaintiffs

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

Enos v. Holder                Page 2 of 2                Cert Service: Holder/Mueller