```
1  Donald E.J. Kilmer, Jr., (SBN: 179986)
   LAW OFFICES OF DONALD KILMER
2  A Professional Corporation
   1645 Willow Street, Suite 150
3  San Jose, California 95125
   Telephone:    408/264-8489
4  Facsimile:    408/264-8487
   E-Mail:       Don@DKLawOffice.com
5
   Attorney for Plaintiffs
6
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ENOS, JEFF BASTASINI, LOUIE MERCADO, WALTER GROVES, MANUEL MONTEIRO, EDWARD ERIKSON, VERNON NEWMAN, JEFF LOUGHRAN and WILLIAM EDWARDS, <br><br> Plaintiffs, <br><br> vs. <br><br> ERIC HOLDER, as United States Attorney General, and ROBERT MUELLER, III, as Director of the Federal Bureau of Investigation, <br><br> Defendants. | Case No.: 2:10-CV-02911-JAM-EFB <br><br> STIPULATION: CASE MANAGEMENT <br><br> STIPULATION: DEFENDANTS' APPEARANCE <br><br> Trial Date:      Not Set <br><br> Pending Motions:  None Set |

TO THIS HONORABLE COURT:

1. All Plaintiffs are represented by the Law Offices of Donald Kilmer.

2. Although they have not filed a responsive pleading in this matter yet, Defendants HOLDER and MUELLER will be represented by Assistant United States Attorney Edward Olsen. Attorney Olsen's e-mail address is: Edward.Olsen@usdoj.gov. His phone number is: (916) 554-2821. His physical address is: 501 "I" Street, Sacramento, CA 95814.

Donald Kilmer
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

3. The parties hereby stipulate to the following:

   a. United States Attorney Edward Olsen warrants that he is authorized to represent the currently named Defendants in this matter.

   b. The currently named Defendants stipulate that they have been properly served with a copy of the Summons and Complaint.

   c. The currently named Defendants hereby make a special appearance and agree to accept all future service via the Electronic Case Filing System from the date of this stipulation forward.

   d. The Plaintiffs anticipate filing an Amended Complaint and shall do so on or before January 20, 2011.

   e. Defendants agree to respond to the Amended Complaint (in lieu of responding to current complaint) reserving all defenses, on or before February 25, 2011.

**SO STIPULATED.**

Date: January 10, 2011                                   Date: January 10, 2011

  /s/                                                                      /s/
_____          _____
Donald Kilmer for Plaintiffs                           Edward Olsen for Defendants

ATTESTATION FOR COMPLIANCE WITH GENERAL ORDER 45
AND LOCAL RULE VIII.B.

I, Donald Kilmer, declare under penalty of perjury under the laws of California and the United States that I have in my possession e-mail correspondence from Edward Olsen that the content of this document is acceptable to all persons required to sign the document. I declare that this document was signed in San Jose, CA on January 10, 2011.

  /s/
_____
Donald Kilmer of
Law Offices of Donald Kilmer, APC
for Plaintiffs

**SO ORDERED.**

Date: 1/11/2011

                              /s/ John A. Mendez
                              United States District Judge

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487