| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | EDWARD A. OLSEN, CSBN 214150<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, California 95814 |
| 4 | Telephone: (916) 554-2821<br>Facsimile: (916) 554-2900 |
| 5 | Email: edward.olsen@usdoj.gov |
| 6 | Attorneys for Federal Defendants |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ENOS, JEFF BASTASINI, LOUIE MERCADO, WALTER GROVES, MANUEL MONTEIRO, EDWARD ERIKSON, VERNON NEWMAN, JEFF LOUGHRAN and WILLIAM EDWARDS<br><br>Plaintiffs,<br><br>v.<br><br>ERIC HOLDER, as United States Attorney General, and ROBERT MUELLER, III, as Director of the Federal Bureau of Investigation,<br><br>Defendants. | CASE NO. 2:10-cv-02911-JAM-EFB<br><br>**DEFENDANTS' MOTION TO DISMISS**<br><br>**[Fed. R. Civ. P. 12(b)(1) and 12(b)(6)]**<br><br>Date: May 4, 2011<br>Time: 9:30 a.m.<br>Place: Courtroom 6, 14th Floor<br>Judge: Honorable John A. Mendez |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT**, on May 4, 2011, at 9:30 a.m. in Courtroom 6, 14th Floor, 501 I Street, Sacramento, CA 95814, before the Honorable John A. Mendez, United States District Judge for the Eastern District of California, Sacramento Division, the defendants will and hereby do move to dismiss the above-captioned action for lack of subject matter jurisdiction under Fed. R. Civ. P. 12(b)(1) and for failure to state a claim under Fed. R. Civ. P. 12(b)(6). The defendants' motion is based upon the Notice of Motion and Motion, the Memorandum of Points and Authorities, all records in this action or matters of which the Court may take judicial notice, and any argument to be heard by the Court.

Respectfully submitted,

DATED: March 4, 2011

BENJAMIN B. WAGNER
United States Attorney

By:    */s/ Edward A. Olsen*
EDWARD A. OLSEN
Assistant United States Attorney