Donald E.J. Kilmer, Jr., (SBN: 179986)
LAW OFFICES OF DONALD KILMER
A Professional Corporation
1645 Willow Street, Suite 150
San Jose, California 95125
Telephone:   408/264-8489
Facsimile:    408/264-8487
E-Mail:        Don@DKLawOffice.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| RICHARD ENOS, JEFF BASTASINI, LOUIE MERCADO, WALTER GROVES, MANUEL MONTEIRO, EDWARD ERIKSON, VERNON NEWMAN, JEFF LOUGHRAN and WILLIAM EDWARDS, Plaintiffs, vs. ERIC HOLDER, as United States Attorney General, and ROBERT MUELLER, III, as Director of the Federal Bureau of Investigation, Defendants. | CASE NO.: 2:10-CV-02911-JAM-EFB<br><br>**ERRATA MEMORANDUM and DECLARATION OF COUNSEL**<br><br>Re: Table of Contents & Table of Authorities<br><br>Date:    May 4, 2011<br>Time:   9:30 a.m.<br>Place:   Courtroom 6, 14th Floor<br>Judge:  Hon. John A. Mendez |
|---|---|

Attached hereto are the missing TABLE OF CONTENTS and TABLE OF AUTHORITIES from Plaintiffs' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS.

I, Donald Kilmer, declare as follows:

1. I am attorney of record for Plaintiffs in this matter.

2. I was working diligently in my office on the final draft of Plaintiffs' opposition memorandum during the late afternoon of April 20, 2011.

Donald Kilmer
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

Enos v. Holder     Page 1 of 7     Errata Memo / Decl Counsel

3. At approximately 5:30 p.m. the power went out in my building. After some investigation, it was determined that the power was out in the surrounding buildings.

4. Luckily we keep rolling backups of all work at my office, so I took my back up of the memorandum and went to my home to finish the brief.

5. There was some difficulty putting the final touches on the brief due to the inaccessibility of the office server where all the research for this case was kept. I was also unable to obtain a scanned copy of the ATF Form 4473 (5300.9) that was to e part of my Request for Judicial Notice for the same reason.

6. The reason for this Errata Memorandum and late filing of the Table of Contents, Table of Authorities is that the computer I have at home does not have the program for generating these tables and I was unable to secure a copy of the ATF Form 4473 suitable for filing. (The one on the ATF website is a secure document.)

7. The brief itself was timely filed on April 20, 2011.

8. I apologize to the Court and Opposing Counsel for any inconvenience or confusion this (one-day) late filing of the Table of Contents, Table Authorities and Request for Judicial Notice may cause.

I declare under penalty of perjury under the laws of the United States and California, that the forgoing is true and correct and that this declaration was executed in San Jose, CA.

Date: April 21, 2011

   /s/ Donald E. J. Kilmer, Jr.
Attorney for the Plaintiffs

Donald Kilmer
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

**TABLE OF CONTENTS**

Introduction | Preliminary Statement ...................................................................................2

Statement of Facts...............................................................................................................3

Legal Standards Re: Fed.R.Civ.P. 12(b)(1)........................................................................5

Legal Standards Re: Fed.R.Civ.P. 12(b)(6)........................................................................7

Discussion | Argument........................................................................................................8

    This Court has Federal Question Jurisdiction............................................8

    State Law Remedies Re: Restoration of Rights.........................................9

    Constitutional Issues Re: Restoration of Rights.......................................17

    CA Penal Code § 415 is not a MCDV......................................................18

    Plaintiffs Have Standing to Challenge Federal Gun Laws......................19

    Plaintiffs Constitutional Claims are Valid...............................................21

    Venue and Joinder are Both Proper..........................................................23

Conclusion.........................................................................................................................24

Donald Kilmer
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

Enos v. Holder        Page 3 of 7        Errata Memo / Decl Counsel

# TABLE OF AUTHORITIES

## FEDERAL CASES

*Alliance For Environmental Renewal, Inc. v. Pyramid Crossgates Co.*
(2nd Cir. 2006) 436 F.3d 82, fn. 6 .................................... 6

*Apex Digital, Inc. v. Sears, Roebuck & Co.* (7th Cir. 2009) 572 F.3d 440 .......... 6

*Applewhite v. Reichhold Chemicals, Inc.*
(5th Cir. 1995) 67 F.3d 571, fn. 11 .................................. 23

*Balistreri v. Pacifica Police Dept.* (9th Cir. 1990) 901 F.2d 696 ............... 8

*Ballentine v. United States* (3rd Cir. 2007) 486 F.3d 806 ..................... 6

*Beliveau v. Caras* (CD CA 1995) 873 F. Supp. 1393 ........................... 7

*Brereton v. Bountiful City Corp.* (10th Cir. 2006) 434 F.3d 1213 ............... 6

*Caron v. United States*, (1998) 524 U.S. 308 ............................... 11

*Coffin v. Safeway, Inc.* (D AZ 2004) 323 F. Supp. 2d 997 ..................... 8

*Conley v. Gibson* (1957) 355 U.S. 41, 78 S. Ct. 99 .......................... 7

*County Court v. Allen*, 442 U.S. 140 (1979) ................................ 15

*De La Cruz v. Tormey* (9th Cir. 1978) 582 F.2d 45 ........................... 7

*Dearth v. Holder*, 2011 U.S. App. LEXIS 7737 (D.C. Cir. 2011) ................ 20

*District of Columbia v. Heller*, 554 U.S. 570 (2008) ........................ 2

    *District of Columbia v. Heller*, 554 U.S. 570 (2008) .................... 9

    *District of Columbia v. Heller*, 554 U.S. 570 (2008) .................... 9

    *District of Columbia v. Heller*, 554 U.S. 570 (2008) .................... 13

*Fresno Rifle & Pistol Club, Inc. v. Van De Kamp*,
965 F.2d 723 (9th Cir. 1992) ........................................ 13

*Graehling v. Village of Lombard, Ill.* (7th Cir. 1995) 58 F.3d 295 ............. 8

*Grubbs v. General Elec. Credit Corp.*
(1972) 405 U.S. 699, 92 S. Ct. 1344, fn. 2 ........................... 23

*Harmon v. Brucker*, 355 U.S. 579 (1958) ................................... 15

*Hearn v. R.J. Reynolds Tobacco Co.* (D AZ 2003) 279 F. Supp. 2d 1096 .......... 8

*Hickman v. Block*, 81 F.3d 98 (9th Cir. 1996) ............................... 13

*Inman v. C.I.R.* (ED CA 1994) 871 F. Supp. 1275 ............................ 23

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

*Jennings v. Mukasey*, 511 F.3d 894 (9th Cir. 2007) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

*League to Save Lake Tahoe v. Tahoe Regional Planning Agency*
  (9th Cir. 1977) 558 F.2d 914 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23

*Lewis v. United States*, 445 U.S. 55 (1980) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

*Logan v. United States*, 552 U.S. 23 (2007) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

*McDonald v. City of Chicago*, 177 L. Ed. 2d 894 (2010) . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

  *McDonald v. City of Chicago*, 177 L. Ed. 2d 894 (2010) . . . . . . . . . . . . . . . . . . . . . . 9

  *McDonald v. City of Chicago*, 177 L. Ed. 2d 894 (2010) . . . . . . . . . . . . . . . . . . . . . . 9

  *McDonald v. City of Chicago*, 177 L. Ed. 2d 894 (2010) . . . . . . . . . . . . . . . . . . . . . 13

*Montez v. Department of Navy* (5th Cir. 2004) 392 F.3d 147 . . . . . . . . . . . . . . . . . . . . . . . 7

*New York City Transit Authority v. Beazer*, 440 U.S. 568 (1979) . . . . . . . . . . . . . . . . . . 15

*Nordyke v. King*, 611 F.3d 1015 (9th Cir. 2010) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

*Rosales v. United States* (9th Cir. 1987) 824 F.2d 799 . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

*SEC v. Cross Fin'l Services, Inc.* (CD CA 1995) 908 F. Supp. 718 . . . . . . . . . . . . . . . . . . 7

*Sacks v. Office of Foreign Assets Control* (9th Cir. 2006) 466 F.3d 764 . . . . . . . . . . . . 6

*Safe Air for Everyone v. Meyer* (9th Cir. 2004) 373 F.3d 1035 . . . . . . . . . . . . . . . . . . . . 7

*Safe Air for Everyone v. Meyer* (9th Cir. 2004) 373 F.3d 1045 . . . . . . . . . . . . . . . . . . . . 6

*San Diego County Gun Rights Committee, v. Reno*,
  98 F.3d 1121 (9th Cir. 1996) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

*Silveira v. Lockyer*, 312 F.3d 1052 (9th Cir. 2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

*Stalley ex rel. United States v. Orlando Regional Healthcare System, Inc.*
  (11th Cir. 2008) 524 F.3d 1229 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

*U.S. v. Chester* (4th Cir. 2010) 628 F.3d 673 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

  *U.S. v. Chester* (4th Cir. 2010) 628 F.3d 673 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

*U.S. v. Skoien* (7th Cir. 2010) 614 F.3d 638 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

  *U.S. v. Skoien* (7th Cir. 2010) 614 F.3d 638 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

*United Mine Workers v. Gibbs* (1966) 383 U.S. 715, 86 S. Ct. 1130 . . . . . . . . . . . . . . . 23

*United States v. Andaverde*, 64 F.3d 1305 (9th Cir. 1995) . . . . . . . . . . . . . . . . . . . . . . . . 9

*United States v. Belless*, 338 F.3d 1063 (9th Cir. 2003) . . . . . . . . . . . . . . . . . . . . . . . . . 18

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

*United States v. Brailey*, (9th Cir. 2005) 408 F.3d 609 . . . . . . . . . . . . . . . . . . . . . . . . . . 9

*United States v. Hayes*, 555 U.S. 415 (2009) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

*United States v. Laskie*, 258 F.3d 1047 (9th Cir. 2001) . . . . . . . . . . . . . . . . . . . . . . . . 12

*United States v. Valerio*, 441 F.3d 837 (9th Cir. 2006) . . . . . . . . . . . . . . . . . . . . . . . . . 9

*United States v. White* (CD CA 1995) 893 F. Supp. 1423 . . . . . . . . . . . . . . . . . . . . . . . 7

*U.S. v. Bean*, 537 U.S. 71 (2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22

## FEDERAL STATUTES

28 U.S.C. § 1331 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

28 U.S.C. § 1343 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

18 U.S.C. §§ 921, 922 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

18 U.S.C. § 921(a)(20) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

    18 U.S.C. §921(a)(20) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

    18 U.S.C. §921(a)(20) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

    18 U.S.C. § 921(a)(20) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

18 U.S.C. § 921(a)(33)(B) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

    18 U.S.C.§ 921(a)(33)(B) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

    18 U.S.C. §§921(a)(33) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

    18 U.S.C. §§ 921(a)(33) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

18 U.S.C. §921(a)(33)(B)(i) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

18 U.S.C. §921(a)(33)(B)(ii) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

    18 U.S.C. § 921(a)(33)(B)(ii) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

    18 U.S.C. § 921(a)(33)(B)(ii) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24

18 U.S.C. §§ 921(d)(9) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22

18 U.S.C. 921(g)(1) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22

18 U.S.C. §925A . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

18 U.S.C.S. §§ 921 et seq.] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

FRCP Rule 12(b)(1) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

Fed.R.Civ.P. 12(b)(1) .................................................. 6

Fed.R.Civ.P. 12(b)(6) .................................................. 7

Fed.R.Civ.P. 12(b)(6), i.e ............................................... 7

Fed.R.Civ.P. 20(a)(1) & (2) ............................................. 23

## STATE STATUTES

Cal. Penal Code § 415 ...................................... 18, 19, 22, 25

Cal. Penal Code § 243 ................................................. 18

Cal. Penal Code § 273.5 ............................................... 18

Cal. Penal Code § 1203.4 ........................................ 5, 9, 12

Cal. Penal Code § 12021(c)(1) ...................... 11, 12, 13, 14, 16, 24, 25

Cal. Penal Code § 12021(c)(3) ....................................... 5, 16

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

Enos v. Holder         Page 7 of 7         Errata Memo / Decl Counsel