BENJAMIN B. WAGNER
United States Attorney
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2821
Facsimile: (916) 554-2900
Email: edward.olsen@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ENOS, JEFF BASTASINI, LOUIE MERCADO, WALTER GROVES, MANUEL MONTEIRO, EDWARD ERIKSON, VERNON NEWMAN, JEFF LOUGHRAN and WILLIAM EDWARDS<br><br>Plaintiffs,<br><br>v.<br><br>ERIC HOLDER, as United States Attorney General, and ROBERT MUELLER, III, as Director of the Federal Bureau of Investigation,<br><br>Defendants. | CASE NO. 2:10-CV-02911-JAM-EFB<br><br>**DEFENDANTS' NOTICE OF FILING OF CORRECTED REPLY**<br><br>Date:   May 4, 2011<br>Time:   9:30 a.m.<br>Place:  Courtroom 6, 14th Floor<br>Judge:  John A. Mendez |

Defendants Eric Holder and Robert Mueller hereby file this notice of filing of a corrected Reply. The Reply that was previously e-filed inadvertently omitted a portion of the "Discussion" section (Section D – Improper Joinder).

Dated:  April 27, 2011                BENJAMIN B. WAGNER
                                      UNITED STATES ATTORNEY

                                      */s/ Edward A. Olsen*
                                      EDWARD A. OLSEN
                                      Assistant United States Attorney