BENJAMIN B. WAGNER
United States Attorney
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2821
Facsimile: (916) 554-2900
Email: edward.olsen@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ENOS, JEFF BASTASINI, LOUIE MERCADO, WALTER GROVES, MANUEL MONTEIRO, EDWARD ERIKSON, VERNON NEWMAN, JEFF LOUGHRAN and WILLIAM EDWARDS<br><br>Plaintiffs,<br><br>v.<br><br>ERIC HOLDER, as United States Attorney General, and ROBERT MUELLER, III, as Director of the Federal Bureau of Investigation,<br><br>Defendants. | CASE NO. 2:10-cv-02911-JAM-EFB<br><br>**NOTICE OF ADDITIONAL AUTHORITY**<br><br>Date: May 4, 2011<br>Time: 9:30 a.m.<br>Place: Courtroom 6, 14th Floor<br>Judge: Honorable John A. Mendez |

Defendants hereby notify the Court of a recent opinion from the United States Court of Appeals for the Ninth Circuit addressing the appropriate level of judicial scrutiny when evaluating gun-control regulations under the Second Amendment – *Nordyke v. King*, ___ F.3d ___, 2011 WL 1632063 (9th Cir. May 2, 2011). A copy of the opinion is attached. In that case, the Ninth Circuit rejected plaintiffs' contention that strict scrutiny should apply to all gun-control regulations and held that heightened scrutiny applies only when a gun-control regulation substantially burdens the right to keep and to bear arms for self defense. 2011 WL 1632063, at *3. The Ninth Circuit concluded that plaintiffs had failed to allege sufficient facts that an Alameda County ordinance making it a misdemeanor to possess a firearm or ammunition on county property substantially burdened their right to keep and bear arms, but

NOTICE OF ADDITIONAL AUTHORITY               1

granted leave to amend. 2011 WL 1632063, at *8. The Ninth Circuit further stated that "[w]e do not decide today precisely what type of heightened scrutiny applies to laws that substantially burden Second Amendment rights."

    Defendants will file a supplemental brief of the applicability and effect of this new case on the present action if the Court believes that would be helpful.

Respectfully submitted,

DATED: May 3, 2011

BENJAMIN B. WAGNER
United States Attorney

By:   <u>/s/ Edward A. Olsen</u>
EDWARD A. OLSEN
Assistant United States Attorney