BENJAMIN B. WAGNER
United States Attorney
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2821
Facsimile:  (916) 554-2900
Email: edward.olsen@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ENOS, JEFF BASTASINI, LOUIE MERCADO, WALTER GROVES, MANUEL MONTEIRO, EDWARD ERIKSON, VERNON NEWMAN, JEFF LOUGHRAN and WILLIAM EDWARDS<br><br>Plaintiffs,<br><br>v.<br><br>ERIC HOLDER, as United States Attorney General, and ROBERT MUELLER, III, as Director of the Federal Bureau of Investigation,<br><br>Defendants. | CASE NO.  2:10-cv-02911-JAM-EFB<br><br>**SUPPLEMENTAL NOTICE OF ADDITIONAL AUTHORITY**<br><br>Date:   May 4, 2011<br>Time:   9:30 a.m.<br>Place:  Courtroom 6, 14th Floor<br>Judge:  Honorable John A. Mendez |

Defendants hereby notify the Court of a recent opinion from the United States Court of Appeals for the First Circuit upholding the constitutionality of 18 U.S.C. § 922(g)(9) – *United States v. Booker*, ___ F.3d ___, 2011 WL 1631947 (1st Cir. May 2, 2011).  A copy is attached.

Respectfully submitted,

DATED: May 3, 2011          BENJAMIN B. WAGNER
                            United States Attorney

                   By:      */s/ Edward A. Olsen*
                            EDWARD A. OLSEN
                            Assistant United States Attorney