Donald E.J. Kilmer, Jr., (SBN: 179986)
LAW OFFICES OF DONALD KILMER
A Professional Corporation
1645 Willow Street, Suite 150
San Jose, California 95125
Telephone: 408/264-8489
Facsimile: 408/264-8487
E-Mail: Don@DKLawOffice.com

Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

RICHARD ENOS, JEFF BASTASINI, LOUIE MERCADO, WALTER GROVES, MANUEL MONTEIRO, EDWARD ERIKSON, and VERNON NEWMAN,

Plaintiffs,

vs.

ERIC HOLDER, as United States Attorney General, and ROBERT MUELLER, III, as Director of the Federal Bureau of Investigation,

Defendants.

Case No.: 2:10-CV-02911-JAM-EFB

STIPULATION: EXTENSION OF TIME FOR PLAINTIFFS TO FILE SECOND AMENDED COMPLAINT

Current Due Date: July 29, 2011
Proposed Due Date: August 29, 2011

Trial Date: Not Set

Pending Motions: None Set

TO THIS HONORABLE COURT:

1. All Plaintiffs are represented by the Law Offices of Donald Kilmer.

2. Defendants HOLDER and MUELLER are represented by Assistant United States Attorney Edward Olsen. Attorney Olsen's e-mail address is: Edward.Olsen@usdoj.gov. His phone number is: (916) 554-2821. His physical address is: 501 "I" Street, Sacramento, CA 95814.

3. The parties hereby stipulate to the following:

a. Pursuant to the Court's order granting in part and denying in part the Defendants'

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

Motion to Dismiss, filed on July 8, 2011, the Plaintiffs have 20 days to file a Second Amended Complaint in this matter, making it due on July 29, 2011.

b. The parties by and through counsel request an order from this Court extending the deadline for filing the Second Amended Complaint to and including August 29, 2011.

**SO STIPULATED.**

Date: July 20, 2011

/s/ Donald Kilmer
Attorney for Plaintiffs

Date: July 20, 2011

/s/ Edward Olsen
Attorney for Defendants

ATTESTATION FOR COMPLIANCE WITH GENERAL ORDER 45
AND LOCAL RULE VIII.B.

I, Donald Kilmer, declare under penalty of perjury under the laws of California and the United States that I have in my possession e-mail correspondence from Edward Olsen that the content of this document is acceptable to all persons required to sign the document. I declare that this document was signed in San Jose, CA on July 20, 2011.

/s/ Donald Kilmer
Donald Kilmer of
Law Offices of Donald Kilmer, APC
for Plaintiffs

**SO ORDERED.**

The Plaintiffs shall file/serve a Second Amended Complaint on or before August 29, 2011.

Date:

United States District Judge

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487