1  Donald E.J. Kilmer, Jr., (SBN: 179986)
   LAW OFFICES OF DONALD KILMER
2  A Professional Corporation
   1645 Willow Street, Suite 150
3  San Jose, California 95125
   Telephone:    408/264-8489
4  Facsimile:    408/264-8487
   E-Mail:    Don@DKLawOffice.com
5
   Attorney for Plaintiffs
6

7

8                        **UNITED STATES DISTRICT COURT**

9                     **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11  RICHARD ENOS, JEFF BASTASINI,            Case No.: 2:10-CV-02911-JAM-EFB
    LOUIE MERCADO, WALTER GROVES,
12  MANUEL MONTEIRO, EDWARD                  STIPULATION: EXTENSION OF TIME
    ERIKSON, and VERNON NEWMAN,              FOR PLAINTIFFS TO FILE SECOND
13                                           AMENDED COMPLAINT

14          Plaintiffs,                      Current Due Date:    July 29, 2011
                                             Proposed Due Date:   August 29, 2011
15             vs.

16  ERIC HOLDER, as United States Attorney   Trial Date:          Not Set
    General, and ROBERT MUELLER, III, as
17  Director of the Federal Bureau of        Pending Motions:     None Set
    Investigation,
18

19          Defendants.

20

21  TO THIS HONORABLE COURT:

22  1.      All Plaintiffs are represented by the Law Offices of Donald Kilmer.

23  2.      Defendants HOLDER and MUELLER are represented by Assistant United States

24          Attorney Edward Olsen. Attorney Olsen's e-mail address is: Edward.Olsen@usdoj.gov.

25          His phone number is: (916) 554-2821.  His physical address is: 501 "I" Street,

26          Sacramento, CA 95814.

27  3.      The parties hereby stipulate to the following:

28          a.      Pursuant to the Court's order granting in part and denying in part the Defendants'

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

1  Motion to Dismiss, filed on July 8, 2011, the Plaintiffs have 20 days to file a

2  Second Amended Complaint in this matter, making it due on July 29, 2011.

3  b.  The parties by and through counsel request an order from this Court extending the

4  deadline for filing the Second Amended Complaint to and including August 29,

5  2011.

6  **SO STIPULATED.**

7  Date: July 20, 2011                                Date: July 20, 2011

8  /s/ Donald Kilmer                                  /s/  Edward Olsen

9  _____                    _____
   Attorney for Plaintiffs                            Attorney for Defendants

10

   ATTESTATION FOR COMPLIANCE WITH GENERAL ORDER 45
11                      AND LOCAL RULE VIII.B.

12      I, Donald Kilmer, declare under penalty of perjury under the laws of California and the
   United States that I have in my possession e-mail correspondence from Edward Olsen that the
13  content of this document is acceptable to all persons required to sign the document.  I declare that
   this document was signed in San Jose, CA on July 20, 2011.

14

15  /s/ Donald Kilmer
   Donald Kilmer of
16  Law Offices of Donald Kilmer, APC
   for Plaintiffs

17

18  **SO ORDERED.**

19      The Plaintiffs shall file/serve a Second Amended Complaint on or before August 29,

20  2011.

   Date:   7/20/2011
21

22                          /s/ John A. Mendez
                           United States District Court Judge

23

24

25

26

27

28

Donald Kilmer
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487