1  BENJAMIN B. WAGNER
   United States Attorney
2  EDWARD A. OLSEN, CSBN 214150
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2821
   Facsimile:  (916) 554-2900
5  Email: edward.olsen@usdoj.gov

6  Attorneys for Federal Defendants

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | RICHARD ENOS, JEFF BASTASINI, | CASE NO.  2:10-CV-02911-JAM-EFB
   | LOUIE MERCADO, WALTER GROVES, |
12 | MANUEL MONTEIRO, EDWARD       |
   | ERIKSON, VERNON NEWMAN,       | **STIPULATION AND  ORDER TO**
13 |                               | **EXTEND DEADLINE FOR FILING A**
   |           Plaintiffs,         | **RESPONSIVE PLEADING TO**
14 |                               | **PLAINTIFFS' SECOND AMENDED**
   | v.                            | **COMPLAINT**
15 |                               |
   | ERIC HOLDER, as United States Attorney
16 | General, and ROBERT MUELLER, III, as
   | Director of the Federal Bureau of Investigation,
17 |
   |           Defendants.
18

19
        Plaintiffs, by and through their attorney of record, and defendants, by and through their
20
   attorneys of record, hereby stipulate, subject to approval of the Court, to extend the deadline for the
21
   filing of a responsive pleading to plaintiffs' Second Amended Complaint from September 12, 2011, to
22
   September 26, 2011.
23
   //
24
   //
25
   //
26
   //
27
   //
28

STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINE FOR RESPONSIVE PLEADING

1  Dated:   September 6, 2011        BENJAMIN B. WAGNER
                                      UNITED STATES ATTORNEY

                                      /s/ Edward A. Olsen
                                      EDWARD A. OLSEN
                                      Assistant United States Attorney


   Dated:   September 6, 2011        /s/ Donald E.J. Kilmer
                                      Donald E.J. Kilmer, Jr.
                                      LAW OFFICES OF DONALD KILMER
                                      Attorney for Plaintiffs


## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: September 6, 2011

                                      /s/ John A. Mendez
                                      JOHN A. MENDEZ
                                      UNITED STATES DISTRICT COURT JUDGE