1  BENJAMIN B. WAGNER
   United States Attorney
2  EDWARD A. OLSEN, CSBN 214150
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2821
   Facsimile:  (916) 554-2900
5  Email: edward.olsen@usdoj.gov

6  Attorneys for Federal Defendants

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 RICHARD ENOS, JEFF BASTASINI,            CASE NO.  2:10-CV-02911-JAM-EFB
   LOUIE MERCADO, WALTER GROVES,
12 MANUEL MONTEIRO, EDWARD
   ERIKSON, VERNON NEWMAN,                  **SECOND STIPULATION AND ORDER
13                                          TO EXTEND DEADLINE FOR FILING A
                  Plaintiffs,               RESPONSIVE PLEADING TO
14                                          PLAINTIFFS' SECOND AMENDED
   v.                                       COMPLAINT**
15
   ERIC HOLDER, as United States Attorney
16 General, and ROBERT MUELLER, III, as
   Director of the Federal Bureau of Investigation,
17
                  Defendants.
18

19

20     Plaintiffs, by and through their attorney of record, and defendants, by and through their

21 attorneys of record, hereby stipulate, subject to approval of the Court, to again extend the deadline for

22 the filing of a responsive pleading to plaintiffs' Second Amended Complaint from September 26, 2011,

23 to October 3, 2011.

24

25 //

26 //

27 //

28 //

STIPULATION AND PROPOSED ORDER
TO EXTEND DEADLINE FOR RESPONSIVE PLEADING

| | | |
|---|---|---|
| 1 | Dated: September 13, 2011 | BENJAMIN B. WAGNER<br>UNITED STATES ATTORNEY |
| 2 | | |
| 3 | | */s/ Edward A. Olsen*<br>EDWARD A. OLSEN<br>Assistant United States Attorney |
| 4 | | |
| 5 | Dated: September 13, 2011 | */s/ Donald E.J. Kilmer*<br>Donald E.J. Kilmer, Jr.<br>LAW OFFICES OF DONALD KILMER<br>Attorney for Plaintiffs |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 9/13/2011                    /s/ John A. Mendez
                                    JOHN A. MENDEZ
                                    UNITED STATES DISTRICT JUDGE