1  Donald E.J. Kilmer, Jr., (SBN: 179986)
   LAW OFFICES OF DONALD KILMER
2  A Professional Corporation
   1645 Willow Street, Suite 150
3  San Jose, California 95125
   Telephone:    408/264-8489
4  Facsimile:    408/264-8487
   E-Mail:       Don@DKLawOffice.com
5
   Attorney for Plaintiffs
6

7

8              UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10 RICHARD ENOS, JEFF BASTASINI,            Case No.: 2:10-CV-02911-JAM-EFB
   LOUIE MERCADO, WALTER GROVES,
11 MANUEL MONTEIRO, EDWARD                  STIPULATION and ORDER:
   ERIKSON, and VERNON NEWMAN,,             CONTINUANCE AND SETTING OF
12                                          DISPOSITIVE MOTIONS
13              Plaintiffs,
                                            Trial Date:        Not Set
14              vs.
                                            Pending Motions:   Nov. 16, 2011
15 ERIC HOLDER, as United States Attorney                      (Def's FRCP 12)
   General, and ROBERT MUELLER, III, as
16 Director of the Federal Bureau of
   Investigation,
17
18              Defendants.

19

20 TO THIS HONORABLE COURT:

21 1.   All Plaintiffs are represented by the Law Offices of Donald Kilmer.

22 2.   Defendants HOLDER and MUELLER are represented by Assistant United States

23      Attorney Edward Olsen.

24 3.   The parties hereby stipulate to the following preliminary facts:

25      a.   Defendants have timely noticed a motion under FRCP 12(b)(1) and 12(b)(6) for

26           November 16, 2011.

27      b.   The parties have met and conferred on the status of the case and substance of

28           Defendants' motion.

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

Enos v. Holder          Page 1 of 3          Case Mgmt Stipulation

     c.    Plaintiffs had proposed that the matter proceed by way of cross-motions under FRCP 56.  Plaintiffs still contend that the entire case can be disposed of by a motion for at least partial summary judgment on the issue of declaratory relief. (i.e., does the passage of time under the California statute restore firearms rights under federal law.)

4.    To accommodate the schedules of counsel for the parties and to promote judicial economy, the parties hereby stipulate to the following:

    a.    Defendant's FRCP 12 motion is reset to January 25, 2012 at 9:30 a.m. in Courtroom 6, 14th Floor.

        i.    Plaintiffs' opposition shall be filed and served on January 11, 2012.

        ii.    Defendants' reply shall be filed and served on January 18, 2012.

    b.    Plaintiffs' FRCP 56 cross-motion shall be heard on January 25, 2012 at 9:30 a.m. in Courtroom 6, 14th Floor.

        i.    Plaintiffs' motion and supporting documents shall be filed on or before December 14, 2011.

        ii.    Defendants' opposition shall filed and served on January 11, 2012.

        iii.    Plaintiffs' reply shall be filed an served on January 18, 2012.

**SO STIPULATED.**

Date:  October 18, 2011                        Date:  October 18, 2011

/s/ Donald Kilmer                               /s/ Edward Olsen

Donald Kilmer for Plaintiffs                    Edward Olsen for Defendants

ATTESTATION FOR COMPLIANCE WITH GENERAL ORDER 45
AND LOCAL RULE VIII.B.

I, Donald Kilmer, declare under penalty of perjury under the laws of California and the United States that I have in my possession e-mail correspondence from Edward Olsen that the content of this document is acceptable to all persons required to sign the document.  I declare that this document was signed in San Jose, CA on October 18, 2011.

/s/  Donald Kilmer

Donald Kilmer, for Plaintiffs

Donald Kilmer
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

**SO ORDERED.**

Date:   10/18/2011

/s/ John A. Mendez
United States District Court Judge

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487