Donald E.J. Kilmer, Jr., (SBN: 179986)
LAW OFFICES OF DONALD KILMER
A Professional Corporation
1645 Willow Street, Suite 150
San Jose, California 95125
Telephone:    408/264-8489
Facsimile:    408/264-8487
E-Mail:       Don@DKLawOffice.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ENOS, JEFF BASTASINI, LOUIE MERCADO, WALTER GROVES, MANUEL MONTEIRO, EDWARD ERIKSON, and VERNON NEWMAN,, <br><br> Plaintiffs, <br><br> vs. <br><br> ERIC HOLDER, as United States Attorney General, and ROBERT MUELLER, III, as Director of the Federal Bureau of Investigation, <br><br> Defendants. | Case No.: 2:10-CV-02911-JAM-EFB <br><br> STIPULATION and ORDER: EXTENSION OF TIME FOR PLAINTIFFS TO FILE FRCP 56 MOTION <br><br> Trial Date:        Not Set <br><br> Pending Motions:   January 25, 2012 <br>                                     9:30 a.m. <br>                                     Courtroom 6, 14th Floor <br><br> Plaintiffs' FRCP 56 Motion <br><br> Defendants' FRCP 12 Motion |

TO THIS HONORABLE COURT:

1. All Plaintiffs are represented by the Law Offices of Donald Kilmer.

2. Defendants HOLDER and MUELLER are represented by Assistant United States Attorney Edward Olsen.

3. The parties hereby stipulate that Plaintiffs have good cause to extend the due date for filing/serving their moving papers on their FRCP 56 Motion from December 14, 2011 to December 19, 2011, that neither party is prejudiced by this extension, and that all other due dates currently set forth in this Court Order filed on October 18, 2011 (Dkt # 35) shall remain as set.

Donald Kilmer
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

**SO STIPULATED.**

Date: December 12, 2011                                   Date: December 12, 2011

 /s/ Donald Kilmer                                         /s/ Edward Olsen
_____                    _____
Donald Kilmer for Plaintiffs                              Edward Olsen for Defendants


ATTESTATION FOR COMPLIANCE WITH GENERAL ORDER 45
AND LOCAL RULE VIII.B.

I, Donald Kilmer, declare under penalty of perjury under the laws of California and the United States that I have in my possession e-mail correspondence from Edward Olsen that the content of this document is acceptable to all persons required to sign the document.  I declare that this document was signed in San Jose, CA on December 12, 2011.

/s/   Donald Kilmer
_____
Donald Kilmer, for Plaintiffs

**SO ORDERED.**

Date:

_____
United States District Judge

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487