Donald E.J. Kilmer, Jr., (SBN: 179986)
LAW OFFICES OF DONALD KILMER
A Professional Corporation
1645 Willow Street, Suite 150
San Jose, California 95125
Telephone:  408/264-8489
Facsimile:   408/264-8487
E-Mail:       Don@DKLawOffice.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ENOS, JEFF BASTASINI, LOUIE MERCADO, WALTER GROVES, MANUEL MONTEIRO, EDWARD ERIKSON, and VERNON NEWMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>ERIC HOLDER, as United States Attorney General, and ROBERT MUELLER, III, as Director of the Federal Bureau of Investigation,<br><br>Defendants. | Case No.: 2:10-CV-02911-JAM-EFB<br><br>DECLARATION OF **JEFF BASTASINI** IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT<br><br>Federal Rule of Civil Procedure 56<br><br>Date:   January 25, 2012<br>Time:  9:30 a.m.<br>Place:  Courtroom 6, 14th Floor<br>          501 "I" Street<br>          Sacramento, CA 95814<br>Judge: Hon. John A. Mendez |

I, JEFF BASTASINI, declare as follows:

1.  I am a Plaintiff in the above-entitled case. I am a resident of California.

2.  On or about March 25, 1991, I plead *nolo contendre* in a Santa Clara County Superior Court to two counts of a misdemeanor crime of domestic violence under Penal Code §§ 273.5 and 242.  I was not represented by counsel.

3.  I was not prohibited from exercising any other civil right (voting, holding public office, and/or serving jury duty) as a consequence of my conviction.

4.  In 1993 California Legislature amended Penal Code § 12021 and added Penal

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

Enos v. Holder                    Page 1 of  3                    Plaintiff: Bastasini Decl MSJ

1     Code § 273.5 and 242 to the list of misdemeanors which prohibit a person

2     from acquiring/possessing a firearm for 10 years after the date of conviction.

3 5. On September 13, 1994, the Congress passed the Violence Against Women

4     Act, and in 1996 Congress amended the act to impose a lifetime prohibition

5     against the acquisition/possession of firearms by misdemeanants convicted of

6     Domestic Violence.  See: 18 U.S.C. §§ 921 and 922 *et seq*.

7 6. On August 21, 2000, I petitioned for a record clearance under PC § 1203.4.

8 7. On or about September 20, 2000, the Superior Court of Santa Clara County

9     granted my petition under Penal Code § 1203.4.  My plea was withdrawn, a

10     plea of not guilty was entered and the court dismissed the case.

11 8. Subsequent to California's restoration of my right to "keep and bear arms"

12     under the California law, I obtained a firearm permit from the California

13     Bureau of Security and Investigative Services.

14 9. On or about February 16, 2006, I was informed that my Firearm Permit was

15     being revoked under the lifetime prohibition imposed by federal law for my

16     conviction on March 25, 1991.

17 10. On July 11, 2011, I applied for a firearm purchase at federally licensed

18     firearm dealer.  I correctly filled out the ATF Form 4473 (5300.9) and

19     truthfully answered "YES" to quesiton 11.i.

20 11. On July 18, 2011, I was denied a firearm purchase.  Upon making an inquiry

21     to the California Department of Justice for the reason for the denial, I was

22     informed that federal law prohibited my clearance to purchase the gun and

23     that I should direct my questions to federal authorities.

24 12. As of December 14, 2011, I am <u>permitted</u> to acquire and possess firearms

25     under the laws of the State of California.

26 13. As of December 14, 2011, I am <u>prohibited</u> from acquiring and possessing

27     firearms due to threat of criminal prosecution under federal law.

28 14. But for Defendants' wrongful interpretation of the federal laws regulating

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

firearm possession and purchase by domestic violence misdemeanants, I would acquire, keep and bear arms for, among other lawful purposes, self-defense in my home.

15. Attached are true and correct copies[1] of the following documents:

    a. July 18, 2011 letter from the California Department of Justice to a California Licensed Gun Dealer stating that I am prohibited from acquiring a firearm.

    b. A copy of the ATF Form 4473 that I filled out to purchase the firearm.[2]

    c. A copy of the California Dealer Record of Sale that I filled out to purchase the firearm.

    d. Copy of my PC § 1203.4 Petition filed on September 20, 2000.

    e. Copy of the Docket Report from my misdemeanor conviction.

I declare under penalty of perjury under the laws of the State of California and the laws of the United States that the forgoing is true and correct and that this declaration was executed in the State of California.

                                          /s/ Jeff Bastasini

                                          JEFF BASTASINI, Plaintiff

ATTESTATION FOR COMPLIANCE WITH GENERAL ORDER 45
AND LOCAL RULE VIII.B.

I, Donald Kilmer, declare under penalty of perjury under the laws of California and the United States that I have in my possession e-mail correspondence from my client JEFF BASTASINI that the content of this document is acceptable to all persons required to sign the document. I declare that this document was signed in San Jose, CA on December 14, 2011.

/s/   Donald Kilmer
_____
Donald Kilmer, for Plaintiffs

---

[1] These documents were provided to the Defendants as part of Plaintiffs' FRCP 26 Disclosures.

[2] My SSN and CDL are redacted for privacy reasons.

Donald Kilmer
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

Enos v. Holder          Page 3 of 3          Plaintiff: Bastasini Decl MSJ