KAMALA D. HARRIS
*Attorney General*

State of California
**DEPARTMENT OF JUSTICE**

DIVISION OF LAW ENFORCEMENT
**BUREAU OF FIREARMS**
P.O. BOX 820200
SACRAMENTO, CA 94203-0200
Public: (916) 227-3752
Facsimile: (916) 227-3744

July 18,2011

BAY AREA GUN VAULT
363 W EL CAMINO REAL
MOUNTAIN VIEW,CA 94040

Re: Dealer's Record of Sale Number: 6036-00890
      Dated:                    11-JUL-11
      Purchaser:            JEFFREY DEAN BASTASINI

# PURCHASER PROHIBITED
# DO NOT RELEASE THE FIREARM

Dear Firearms Dealer:

You are hereby notified that the California Department of Justice records indicate that the above purchaser is a person not eligible to posses a firearm. Therefore, **do not release the firearm to the purchaser**.

The dealer shall make available to the person in the prohibited class a Prohibited Notice and Power of Attorney transfer form to facilitate the immediate transfer of firearms he or she may already have under his or her custody or control, provided by the department, and also inform the person that he or she may obtain from the department the reason for the prohibition.

If you have any questions, please contact Firearms Purchaser Clearance Section at (916) 227 - 3752.

Sincerely,

STEVE BUFORD, Manager
Bureau of Firearms

For KAMALA D. HARRIS
Attorney General

12-24-422

OMB No. 1140-0020

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

## Firearms Transaction Record Part I – Over-the-Counter   6036 - 00890

| | Transferor's Transaction Serial Number (If any) |
|---|---|
| **WARNING:  You may not receive a firearm if prohibited by Federal or State law. The information you provide will be used to determine whether you are prohibited under law from receiving a firearm. Certain violations of the Gun Control Act, 18 U.S.C. §§ 921 et. seq., are punishable by up to 10 years imprisonment and/or up to a $250,000 fine.** | |

**Prepare in original only.  All entries must be handwritten in ink.  Read the Notices, Instructions, and Definitions on this form. "PLEASE PRINT."**

### Section A - Must Be Completed Personally By Transferee (Buyer)

1. Transferee's Full Name

| Last Name | First Name | Middle Name (If no middle name, state "NMN") |
|---|---|---|
| Bastasini | Jeffrey | Dean |

2. Current Residence Address (U.S. Postal abbreviations are acceptable.  Cannot be a post office box.)

| Number and Street Address | City | County | State | ZIP Code |
|---|---|---|---|---|
| 695 John Muir Dr. #708 | San Francisco | San Francisco | Ca. | 94132 |

| 3. Place of Birth | | 4. Height | 5. Weight (lbs.) | 6. Gender | 7. Birth Date | | |
|---|---|---|---|---|---|---|---|
| U.S. City and State | -OR- Foreign Country | Ft. 6 | 225 | Male ☒ | Month | Day | Year |
| Redwood City Ca. | | In. 3 | | Female ☐ | 11 | 21 | 62 |

8. Social Security Number (Optional, but will help prevent misidentification) [redacted]

9. Unique Personal Identification Number (UPIN) if applicable (See Instructions for Question 9.)

10. Race (Ethnicity) (Check one or more boxes. See Instructions for Question 10.)

- ☐ American Indian or Alaska Native
- ☐ Black or African American
- ☐ Native Hawaiian or Other Pacific Islander
- ☐ Hispanic or Latino
- ☐ Asian
- ☒ White

11. Answer questions 11.a. (see exceptions) through 11.l. and 12 (if applicable) by checking or marking "yes" or "no" in the boxes to the right of the questions.

| | | Yes | No |
|---|---|---|---|
| a. | Are you the actual transferee/buyer of the firearm(s) listed on this form? **Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you.** (See Instructions for Question 11.a.) Exception: If you are picking up a repaired firearm(s) for another person, you are not required to answer 11.a. and may proceed to question 11.b. | ☒ | ☐ |
| b. | Are you under indictment or information in any court for a felony, or any other crime, for which the judge could imprison you for more than one year? (See Instructions for Question 11.b.) | ☐ | ☒ |
| c. | Have you ever been convicted in any court of a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? (See Instructions for Question 11.c.) | ☐ | ☒ |
| d. | Are you a fugitive from justice? | ☐ | ☒ |
| e. | Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? | ☐ | ☒ |
| f. | Have you ever been adjudicated mentally defective (which includes a determination by a court, board, commission, or other lawful authority that you are a danger to yourself or to others or are incompetent to manage your own affairs) OR have you ever been committed to a mental institution? (See Instructions for Question 11.f.) | ☐ | ☒ |
| g. | Have you been discharged from the Armed Forces under dishonorable conditions? | ☐ | ☒ |
| h. | Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? (See Instructions for Question 11.h.) | ☐ | ☒ |
| i. | Have you ever been convicted in any court of a misdemeanor crime of domestic violence? (See Instructions for Question 11.i.) | ☒ | ☐ |
| j. | Have you ever renounced your United States citizenship? | ☐ | ☒ |
| k. | Are you an alien illegally in the United States? | ☐ | ☒ |
| l. | Are you a nonimmigrant alien? (See Instructions for Question 11.l.) If you answered "no" to this question, do NOT respond to question 12 and proceed to question 13 | ☐ | ☒ |
| 12. | If you are a nonimmigrant alien, do you fall within any of the exceptions set forth in the instructions? (If "yes," the licensee must complete question 20d.) (See Instructions for Question 12.) If question 11.l. is answered with a "no" response, then do NOT respond to question 12 and proceed to question 13. | ☐ | ☐ |

| 13. What is your State of residence (if any)? (See Instructions for Question 13.) | 14. What is your country of citizenship? (List/check more than one, if applicable. If you are a citizen of the United States, proceed to question 16.) | 15. If you are not a citizen of the United States, what is your U.S.-issued alien number or admission number? |
|---|---|---|
| Ca. | ☒ United States of America<br>☐ Other (Specify) | |

I certify that my answers to Section A are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. I understand that answering "yes" to question 11.a. if I am not the actual buyer is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 11.b. through 11.k. is prohibited from purchasing or receiving a firearm. I understand that a person who answers "yes" to question 11.l. is prohibited from purchasing or receiving a firearm, unless the person also answers "yes" to question 12. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of law *(See Instructions for Question 16)*.

| 16. Transferee's/Buyer's Signature | 17. Certification Date |
|---|---|
| *[signature]* | 7-11-11 |

## Section B - Must Be Completed By Transferor (Seller)

| 18. Type of firearm(s) to be transferred *(check or mark all that apply)*: | 19. If sale at a gun show or other qualifying event. |
|---|---|
| ☐ Handgun   ☐ Long Gun *(rifles or shotguns)*   ☐ Other Firearm *(Frame, Receiver, etc. See Instructions for Question 18.)* | Name of Event _____<br>City, State _____ |

20a. Identification *(e.g., Virginia Driver's license (VA DL) or other valid government-issued photo identification.)  (See Instructions for Question 20.a.)*

| Issuing Authority and Type of Identification | Number on Identification | Expiration Date of Identification *(if any)* | | |
|---|---|---|---|---|
| | | Month | Day | Year |
| | | | | |

20b. Alternate Documentation *(if driver's license or other identification document does not show current residence address)*

20c. **All Aliens:** Type and dates of documents that establish 90-day residency *(e.g., utility bills or lease agreements).  (See Instructions for Question 20.c.)*

| Type(s) of Document | Date(s) of residence indicated on documents |
|---|---|
| | |

20d. **Nonimmigrant Aliens Must Provide:** Type of documentation showing an **exception** to the nonimmigrant alien prohibition. *(See Instructions for Question 20.d.)*

## Questions 21, 22, or 23 Must Be Completed Prior To The Transfer Of The Firearm(s) *(See Instructions for Questions 21, 22 and 23.)*

| 21a. Date the transferee's identifying information in Section A was transmitted to NICS or the appropriate State agency: *(Month/Day/Year)* | 21b. The NICS or State transaction number *(if provided)* was: |
|---|---|
| Month   Day   Year | |

| 21c. The response initially provided by NICS or the appropriate State agency was:<br>☐ Proceed   ☐ Delayed<br>☐ Denied   *[The firearm(s) may be transferred on*<br>☐ Cancelled   _____ *(MDI date provided by NICS)*<br>*if State law permits (optional)]* | 21d. If initial NICS or State response was *"Delayed,"* the following response was received from NICS or the appropriate State agency:<br>☐ Proceed _____ *(date)*<br>☐ Denied _____ *(date)*<br>☐ Cancelled _____ *(date)*<br>☐ No resolution was provided within 3 business days. |
|---|---|

21e. *(Complete if applicable.)* After the firearm was transferred, the following response was received from NICS or the appropriate State agency on: _____ *(date).*   ☐ Proceed   ☐ Denied   ☐ Cancelled

21f. The name and Brady identification number of the NICS examiner *(Optional)*

_____ *(name)*          _____ *(number)*

| 22. | ☐ | No NICS check was required because the transfer involved only NFA firearm(s). *(See Instructions for Question 22.)* |
|---|---|---|

| 23. | ☐ | No NICS check was required because the buyer has a valid permit from the State where the transfer is to take place, which qualifies as an exemption to NICS *(See Instructions for Question 23.)* |
|---|---|---|

| Issuing State and Permit Type | Date of Issuance *(if any)* | Expiration Date *(if any)* | Permit Number *(if any)* |
|---|---|---|---|
| | | | |

## Section C - Must Be Completed Personally By Transferee (Buyer)

If the transfer of the firearm(s) takes place on a different day from the date that the transferee *(buyer)* signed Section A, the transferee must complete Section C immediately prior to the transfer of the firearm(s). *(See Instructions for Question 24 and 25.)*

I certify that my answers to the questions in Section A of this form are still true, correct and complete.

| 24. Transferee's/Buyer's Signature | 25. Recertification Date |
|---|---|
| | |

**Transferor (Seller) Continue to Next Page**
**STAPLE IF PAGES BECOME SEPARATED**

ATF Form 4473 (5300.9) Part I
Revised August 2008

Case 2:10-cv-02911-JAM-EFB   Document 41-1   Filed 12/19/11   Page 3 of 18

State of California -- Department of Justice

# Dealer's Record of Sale of Firearm

| CFD NUMBER: 21300 | DROS NUMBER: 6036 - 00890 |
|---|---|

## TRANSACTION INFORMATION

| Transaction Date/Time | Firearm Type | Firearm Quantity | Transaction Type | Gun Show Transaction | Delivery Date/Time |
|---|---|---|---|---|---|
| 07/11/11 04:32:00 PM | Handgun | 1 | Dealer Sale | No | |

## WAITING PERIOD EXEMPTIONS

| Exemption Type | CFD Number | Special Weapons Permit Number |
|---|---|---|
| NONE | N/A | N/A |

## REVOLVER/PISTOL INFORMATION

| Make | | Model | Caliber(s) | Serial Number | Other Number |
|---|---|---|---|---|---|
| SIG SAUER | | MOSQUITO (BLUED) | 22 | F124417 | |

| Type | Color | Barrel Length | Handgun Origin | Frame Only | New Handgun |
|---|---|---|---|---|---|
| SEMIAUTOMATIC PISTOL | BLK | 4 IN | GE | No | New |

Comments:

## PURCHASER INFORMATION

| | First | Middle | Last | Suffix |
|---|---|---|---|---|
| Name: | JEFFREY | DEAN | BASTASINI | |
| Alias: | | | . | |

| Street Address | Zipcode | ID Type | ID Number | ID Source | Citizen | Country | AR# or I94# | Phone Number | Date of Birth | Place of Birth |
|---|---|---|---|---|---|---|---|---|---|---|
| 695 JOHN MUIR DR 708 | 94132 | CDL | ▆▆▆▆▆ | CA | C | | | 4156249244 | 11/21/1962 | CA |

| Race | Sex | Eyes | Hair | Height | Weight | HSC Number | HSC Exemption Code |
|---|---|---|---|---|---|---|---|
| W | M | BRO | BRO | 6' 3" | 228 Lbs | 836353 | |

| No | Has purchaser ever been convicted of a felony or of an offense described in Penal Code section 12021.1, or 12001.6; or convicted of assault, battery, or other misdemeanor offense specified in Penal Code section 12021(c)(1) in the last 10 years? |
|---|---|
| No | Is purchaser a danger/threat to self or others pursuant to Welfare and Institutions code (WIC) section 8100, or a person who has been admitted to a mental health facility as a danger to self or others pursuant to WIC section 5150, 5151, and/or 5152 within the past five years? |
| No | Has purchaser ever been adjudicated by a court to be a danger to others, found not guilty by reason of insanity, found incompetent to stand trial, or placed under a conservatorship, pursuant to Welfare and Institutions Code Section 8103? |
| No | Is purchaser currently the subject of any restraining order pursuant to Family Code Section 6380? |

| In addition, I have read the list of prohibited offenses, and nothing would preclude me from possessing a firearm. | By signing this document, I hereby certify under penalty of perjury that the information provided is true and correct. | Signature of Purchaser |
|---|---|---|

## DEALER INFORMATION

Comments:

Salesperson's Printed Name & COE # (If Issued): Bethany Evans

| Dealer Phone Number | By signing this document, I hereby certify under penalty of perjury that the information provided is true and correct. | Signature of Salesperson |
|---|---|---|
| (650) 960 - 3006 ext | | |

Falsification of information on this form is a crime, punishable by up to 18 months in state prison (Penal Code 12076)

KAMALA D. HARRIS
*Attorney General*

*State of California*
*DEPARTMENT OF JUSTICE*

**DIVISION OF LAW ENFORCEMENT**
**BUREAU OF FIREARMS**
P.O. BOX 820200
SACRAMENTO, CA 94203-0200
Public: (916) 227-3752
Facsimile: (916) 227-3744

July 18,2011

BAY AREA GUN VAULT
363 W EL CAMINO REAL
MOUNTAIN VIEW,CA 94040

Re: Dealer's Record of Sale Number: 6036-00890
Dated:                              11-JUL-11
Purchaser:                       JEFFREY DEAN BASTASINI

# PURCHASER PROHIBITED
# DO NOT RELEASE THE FIREARM

Dear Firearms Dealer:

You are hereby notified that the California Department of Justice records indicate that the above purchaser is a person not eligible to posses a firearm. Therefore, **do not release the firearm to the purchaser**.

The dealer shall make available to the person in the prohibited class a Prohibited Notice and Power of Attorney transfer form to facilitate the immediate transfer of firearms he or she may already have under his or her custody or control, provided by the department, and also inform the person that he or she may obtain from the department the reason for the prohibition.

If you have any questions, please contact Firearms Purchaser Clearance Section at (916) 227 - 3752.

Sincerely,

STEVE BUFORD, Manager
Bureau of Firearms

For  KAMALA D. HARRIS
Attorney General

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SANTA CLARA
Facility: San Jose

**FILED**

THE PEOPLE OF THE.
STATE OF CALIFORNIA                SEP 2 0 2000

vs.                    KIRI TORRE
Jeffrey Bastasini    Chief Executive Officer
                     Superior Court of CA, County of Santa Clara
                     By _____ Deputy
**DEFENDANT**

Court ___91335?0

**PETITION FOR MODIFICATION OR CHANGE OF TERMS OF PROBATION AND PETITION AND ORDER UNDER SECTION 1203.4, 1203.4a & 17 OF THE PENAL CODE**

[X] 1.  The Defendant was [X], was not [ ], placed on court/formal probation, and was convicted of a felony/misdemeanor offense(s) of a violation of Section(s):  (M)273.5(A) PC, (M)242 PC
on 3/25/91 .

[X] 2.  The Defendant has requested:
- [ ] Early Termination pursuant to Section 1203.3 PC
- [X] Record Clearance pursuant to Section 1203.4 PC
- [ ] Record Clearance pursuant to Section 1203.4a PC
- [ ] Record Reduction pursuant to Section 17 PC
- [ ] other:

[X] 3.  The Defendant [X] has, [ ] has not, satisfied all the terms and conditions of the sentence of the Court.

[ ] 4.  Attachment: JPQH: [ ] CII: [ ] DMV: [ ] Reference letter: [ ] PO Report: [ ] Motion: [ ] Other:

[ ] 5.  The Probation Department is recommending [ ] for, [ ] against, granting the Defendant's request(s) for a reduction to a misdemeanor pursuant to Section 17 PC, for the following reason(s):

- [ ] Seriousness of the offense(s) committed
- [ ] Sophistication of the offense(s) committed
- [ ] Prior similar felony misdemeanor conviction(s)
- [ ] Did not complete probation successfully
- [ ] Still active court/formal probation
- [ ] Lengthy criminal/DMV record
- [ ] Financial obligation(s) remain unpaid
- [ ] Pending criminal/DMV/INS matter(s)

- [ ] Bench/Arrest warrant(s) outstanding
- [ ] New offense(s) while on probation
- [ ] New offense(s) following probation
- [ ] Conviction(s) is a non-alternative felony
- [ ] Instant offense(s) committed while on probation
- [ ] Prior probation failure(s)
- [ ] Numerous Drug/Alcohol/Violent/Sex/CVC arrests
- [ ] other:

COMMENTS:

**RECOMMENDATION(s)**
- [ ] Grant, [ ] Deny Termination of Probation pursuant to Section 1203.3 PC
- [ ] Grant, [ ] Deny Record Reduction pursuant to Section 17 PC
- [X] Grant, [ ] Deny Record Clearance pursuant to Section 1203.4 PC
- [ ] Grant, [ ] Deny Record Clearance pursuant to Section 1203.4a PC
- [ ] Other:

8/21/2000

_____                          _____
Supervising Probation Officer                              Date

ORDER AND NOTICE TO DEFENDANT UNDER 1203.4 OF THE PENAL CODE
*It is hereby ordered that the plea, verdict, or finding of guilt in the above entitled action be set aside and vacated and a plea of not guilty be entered; and that the complaint be, and is hereby dismissed. A Record Clearance order pursuant to Section 1203.4 of the Penal Code does not relieve you of the obligation to disclose the conviction in response to any direct question in any questionnaire or application for public office, for license by any State or local agency, or contracting with the California Lottery.*

GRANTED: [X]   DENIED [ ]

_____                          SEP 2 0 2000
**JUDGE**   RAY E. CUNNINGHAM                      _____
            JUDGE                                  **DATE**

**MUNICIPAL COURT OF CALIFORNIA**
**SANTA CLARA COUNTY JUDICIAL DISTRICT**        MISDEMEANOR DOCKET

CASE NO. __C9133570__

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, vs. | COUNT I (M) __273.5(A) PC__ |
| JEFFREY BASTASINI          DEFENDANT | II (M) __242 PC__ |

AKA

| | |
|---|---|
| DOB | AGENCY |
| 11/21/62 | SJPD |
| CEN 9113157 | WARRANT ISSUED | BAIL $ |

III ( ) ____
IV ( ) ____
V ( ) ____
VI ( ) ____
VII ( ) ____
VIII ( ) ____
IX ( ) ____

WARRANT FILED ____   WARRANT RECALLED ____

COMPLAINT FILED __3/25/91__   CTN ____

AMENDED COMPLAINT FILED ____

| DATE POSTED | AMOUNT | BOND NUMBER OR CASH | DATE TO APPEAR | BAIL FORFEITURE | FORFEITURE SET ASIDE/REINSTATED | SUM. JDGMT. ELIGIBLE | SUMMARY JDGMT. ENTERED | EXONERATED |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**CONTINUANCES**

| | CONTINUED ON | CONTINUED TO: DATE | TIME | CONTINUED FOR: | CUSTODY STATUS | STATUTORY TIME | JUDGE |
|---|---|---|---|---|---|---|---|
| JDR | 3/25/91 | | 1:30 | IC/ARR | | | |

FORM 4569 REV 12/90

1.

———— ——————   ☐ Defendant fails to appear   ☐ bail forfeited   ☐ OR release revoked   ☐ SOR revoked.

———— ——————   ☐ Bench Warrant ordered issued. Bail $_____   ☐ Stayed - SEE **CONTINUANCES**

———— ——————   ☐ No Walkover.   ☐ No Citation Release.   ☐ No Requests.   ☐ May post and forfeit.

JUDGE:_____CLERK:_____REPORTER:_____

———— ——————   ☐ Bench Warrant, previously stayed, ordered   ☐ to issue   ☐ set aside.   ☐_____reinstated/revoked.

———— ——————   ☐ Notice of forfeiture mailed to depositor. Bond No._____

———— ——————   ☐ Bench Warrant issued to_____

———— ——————   ☐ Warrant recalled.        _____   _____☐ Warrant returned and filed.

JUDGE:_____CLERK:_____REPORTER:_____

———— ——————   ☐ Defendant fails to appear   ☐ bail forfeited   ☐ OR release revoked   ☐ SOR revoked.

———— ——————   ☐ Bench Warrant ordered issued. Bail $_____   ☐ Stayed - SEE **CONTINUANCES**

———— ——————   ☐ No Walkover.   ☐ No Citation Release.   ☐ No Requests.   ☐ May post and forfeit.

JUDGE:_____CLERK:_____REPORTER:_____

———— ——————   ☐ Bench Warrant, previously stayed, ordered   ☐ to issue   ☐ set aside.   ☐_____reinstated/revoked.

———— ——————   ☐ Notice of forfeiture mailed to depositor. Bond No._____

———— ——————   ☐ Bench Warrant issued to_____

———— ——————   ☐ Warrant recalled.        _____   _____☐ Warrant returned and filed.

JUDGE:_____CLERK:_____REPORTER:_____

———— ——————   ☐ Defendant fails to appear   ☐ bail forfeited   ☐ OR release revoked   ☐ SOR revoked.

———— ——————   ☐ Bench Warrant ordered issued. Bail $_____   ☐ Stayed - SEE **CONTINUANCES**

———— ——————   ☐ No Walkover.   ☐ No Citation Release.   ☐ No Requests.   ☐ May post and forfeit.

JUDGE:_____CLERK:_____REPORTER:_____

———— ——————   ☐ Bench Warrant, previously stayed, ordered   ☐ to issue   ☐ set aside.   ☐_____reinstated/revoked.

———— ——————   ☐ Notice of forfeiture mailed to depositor. Bond No._____

———— ——————   ☐ Bench Warrant issued to_____

———— ——————   ☐ Warrant recalled.        _____   _____☐ Warrant returned and filed.

JUDGE:_____CLERK:_____REPORTER:_____

2.

**ARRAIGNMENT:**

_MK_ ___MAR 25 1991___ ☑ Defendant present   ☑ without attorney
                        ☐ Defendant not present   ☐ with/by attorney _____

|                        |                        | Certified/Sworn<br>per Evid. Code<br>☐ Section 751(C) | Sworn<br>per Evid. Code<br>☐ Section 751(A) |

____ _____ ☐ _____ interpreter_____

____ _____ ☐ Arraignment and advisement of Constitutional Rights waived.

____ ___MAR 25 1991___ ☑ Defendant informed of charges, arraigned, and advised of the following rights: ☑ to an attorney at all stages of the proceedings; ☑ the Court would appoint an attorney if defendant does not have the financial means to retain own; ☑ to self-representation; ☑ to release on reasonable bail; ☑ to a speedy trial (P.C. 1382); ☑ if convicted, to be sentenced not sooner than six hours nor later than five days, or within 21 days if referred to Probation Office; ☑ to the processes of the Court to subpoena; ☑ to confront and cross-examine adverse witnesses; ☑ to not incriminate self; ☑ to dismissal if not tried within statutory time; ☑ to have proceedings recorded; ☑ Right to verbatim record; ☑ Defendant advised of the provisions of ☑ P.C. 1016.5, and ☑ P.C. 987.8.

____ _____ ☐ Refer/appoint Public Defender.

____ _____ ☐ Re-referred/appoint Public Defender.

____ _____ ☐ Defendant remanded to custody of Dept. of Corrections. Bail $_____ ☐ Increased  ☐ Reduced.

____ _____ ☐ Defendant released on Own Recognizance.

____ _____ ☐ Supervised Own Recognizance hearing scheduled. SEE **CONTINUANCES.**

____ _____ ☐ Plea scheduled.  ☐ Identification of Counsel. SEE **CONTINUANCES.**

JUDGE:_____CLERK:_____REPORTER:_____

____ _____ ☐ Defendant present   ☐ without attorney
             ☐ Defendant not present   ☐ with/by attorney _____

|                        |                        | Certified/Sworn<br>per Evid. Code<br>☐ Section 751(C) | Sworn<br>per Evid. Code<br>Section 751(A) |

____ _____ ☐ _____ interpreter_____

____ _____ Release on Supervised Own Recognizance  ☐ granted  ☐ denied.  ☐ Supervised O.R. Release Filed.

____ _____ ☐ Public Defender declares conflict. SEE **CONTINUANCES.**

____ _____ ☐ Court appoints_____. Public Defender relieved.

JUDGE:_____CLERK:_____REPORTER:_____

**PLEA OF NOT GUILTY:**

____ _____ ☐ Defendant present   ☐ without attorney
             ☐ Defendant not present   ☐ with/by attorney _____

|                        |                        | Certified/Sworn<br>per Evid. Code<br>☐ Section 751(C) | Sworn<br>per Evid. Code<br>☐ Section 751(A) |

____ _____ ☐ _____ interpreter_____

____ _____ ☐ Plea of NOT GUILTY entered as to all counts.

____ _____ ☐ Prior convictions denied. Time  ☐ waived  ☐ not waived.

____ _____ ☐ Defendant demands jury trial; ☐ Pre-trial conference scheduled. SEE **CONTINUANCES.**

JUDGE:_____CLERK:_____REPORTER:_____

# PLEA OF NOT GUILTY (CONTINUED):

☐ Defendant present          ☐ without attorney
☐ Defendant not present      ☐ with/by attorney

|  |  | Certified/Sworn per Evid. Code | Sworn per Evid. Code |
|---|---|---|---|
|  |  | ☐ Section 751(C) | ☐ Section 751(A) |

_____ _____ _____ ☐ _____ interpreter _____

_____ _____ _____ ☐ Arraignment and advisement of Constitutional Rights waived on amended complaint.

_____ _____ _____ ☐ Defendant pleads NOT GUILTY on amended complaint as to all counts.

_____ _____ _____ ☐ Prior convictions denied. Time ☐ waived ☐ not waived.

JUDGE:_____ CLERK:_____ REPORTER:_____

_____ _____ _____ ☐ Defendant advised of the right to be represented by counsel and personally waives that right.
☐ Waiver filed.

_____ _____ _____ ☐ Defendant understands right to jury trial and personally waives that right.

_____ _____ _____ ☐ Prosecutor waives right to jury trial. ☐ Court trial scheduled. SEE **CONTINUANCES.**

JUDGE:_____ CLERK:_____ REPORTER:_____

## MOTIONS:

_____ _____ _____ ☐ Motion to set aside forfeiture filed. Bond No._____

☐ Points + Authorities Filed  ☐ Declaration Filed  ☐ Proof of Service Filed. SEE **CONTINUANCES.**

_____ _____ _____ ☐ Motion of bondsman or surety company to set aside forfeiture and  ☐ exonerate  ☐ reinstate bail

☐ denied  ☐ granted  ☐ on condition costs paid to court within_____days.

$_____court, $_____to_____AGENCY.

JUDGE:_____ CLERK:_____ REPORTER:_____

_____ _____ _____ ☐ Motion to set aside forfeiture filed. Bond No._____

☐ Points + Authorities Filed  ☐ Declaration Filed  ☐ Proof of Service Filed. SEE **CONTINUANCES.**

_____ _____ _____ ☐ Motion of bondsman or surety company to set aside forfeiture and  ☐ exonerate  ☐ reinstate bail

☐ denied  ☐ granted  ☐ on condition costs paid to court within_____days.

$_____court, $_____to_____AGENCY.

JUDGE:_____ CLERK:_____ REPORTER:_____

_____ _____ _____ ☐ Motion_____Filed

☐ Points + Authorities Filed  ☐ Declaration Filed  ☐ Proof of Service Filed. SEE **CONTINUANCES.**

Motion  ☐ denied  ☐ granted  ☐ off calendar

JUDGE:_____ CLERK:_____ REPORTER:_____

_____ _____ _____ ☐ Motion_____Filed

☐ Points + Authorities Filed  ☐ Declaration Filed  ☐ Proof of Service Filed. SEE **CONTINUANCES.**

Motion  ☐ denied  ☐ granted  ☐ off calendar

JUDGE:_____ CLERK:_____ REPORTER:_____

_____ _____ _____ ☐ Motion_____Filed

☐ Points + Authorities Filed  ☐ Declaration Filed  ☐ Proof of Service Filed. SEE **CONTINUANCES.**

Motion  ☐ denied  ☐ granted  ☐ off calendar

JUDGE:_____ CLERK:_____ REPORTER:_____

4.

## MOTIONS (CONTINUED):

_____  _____   □ Motion_____Filed

□ Points + Authorities Filed   □ Declaration Filed   □ Proof of Service Filed. SEE **CONTINUANCES.**

Motion  □ denied  □ granted  □ off calendar

JUDGE:_____CLERK:_____REPORTER:_____


## DIVERSION PROCEEDINGS:

_____  _____   □ Defendant present       □ without attorney
                            □ Defendant not present   □ with/by attorney  _____

_____  _____   □ _____ interpreter_____   Certified/Sworn    Sworn
                                                                            per Evid. Code     per Evid. Code
                                                                            □ Section 751(C)   □ Section 751(A)

_____  _____   □ Motion for Dismissal as to Count(s)_____submitted. SEE **CONTINUANCES.**

_____  _____   □ Notice of Eligibility/Ineligibility filed   □ Acknowledgment and waiver of time filed.

_____  _____   □ Diversion Hearing held.  □ Diversion denied.  □ Criminal proceedings suspended.
                                      □ Diversion granted under supervision of the Probation Officer for a period of
                                      six months to two years. Order for diversion filed.

_____  _____   □ Diversion Fee ordered $_____.  □ P.C. 987.8 fee ordered $_____

_____  _____   □ Motion for Dismissal as to Count(s)_____  □ granted  □ denied.

JUDGE:_____CLERK:_____REPORTER:_____


_____  _____   Diversion terminated  □ Section(s)_____  Dismissed pursuant to_____
                            □ Criminal Proceedings Reinstated.

_____  _____   □ Defendant remanded to custody of Dept. of Corrections.  Bail $_____.

_____  _____   □ Released on Own Recognizance.  □ Referred to Public Defender.  □ SEE **CONTINUANCES.**

_____  _____   □ Defendant fails to appear.  □ Bench Warrant ordered.  Bail $_____  □ Stayed.
                                                                                           SEE **CONTINUANCES.**
_____  _____   □ No Walkover  □ No Citation Release  □ No Request.

JUDGE:_____CLERK:_____REPORTER:_____


_____  _____   □ Bench Warrant previously stayed, ordered  □ to issue  □ set aside.

_____  _____   □ Bench Warrant issued to_____

_____  _____   □ Bench Warrant recalled  _____  _____  □ Warrant returned and filed.

JUDGE:_____CLERK:_____REPORTER:_____


5.

_____ _____ ☐ Defendant present ☐ without attorney
_____ _____ ☐ Defendant not present ☐ with/by attorney _____

| | | Certified/Sworn per Evid. Code | Sworn per Evid. Code |
|---|---|---|---|

_____ _____ ☐ _____ interpreter_____ ☐ Section 751(C)   ☐ Section 751(A)

_____ _____ ☐ Arraignment and advisement of constitutional rights waived on amended complaint.

~~MAR 25 1991~~ ☑ Defendant requests, and is granted, permission to withdraw previous NOT GUILTY plea AND/OR
pleads ☐ GUILTY ☑ NOLO CONTENDERE to a violation of
Section(s) _____273.5(A) PC, 242 PC_____ ☐ as amended,

_____ _____ ☐ Prior convictions: ☐ Admitted: _____

MAR 25 1991 ☐ Stricken: _____ ☐ For sentencing only.

_____ _____ ☑ Defendant advised of, understands, and knowingly and voluntarily waives all the following rights:
☑ privilege against self-incrimination; ☐ to jury trial; ☑ to confront and cross-examine adverse
witnesses; ☑ to counsel. After questioning defendant the Court determines that the defendant
understands the nature of the charges; ☐ the elements of the offense; ☑ possible defenses;
☐ the consequences of the plea; and the range of penalties. ☑ Court finds factual basis for plea.
☐ Written waiver of rights filed. ☐ Plea in absentia filed.

_____ _____ ☐ On motion of the District Attorney/Court, section(s)_____

dismissed for the following reason(s) ☐ In view of plea, ☐ Interest of Justice,

☐_____

_____ _____ ☐ Defendant stipulates and consents to sentencing by Commissioner/Judge Pro Tempore.

_____ _____ Time ☐ Waived ☐ Not waived for sentencing. ☐ Referred to Victim Witness Assistance Program.
~~MAR 25 1991~~ ☑ Referred to the Probation Department. ☐ Sentencing scheduled.  SEE **CONTINUANCES.**
_upon release_

JUDGE:_____ CLERK:_____ REPORTER:_____

**TRIAL:**

_____ _____ ☐ Defendant present ☐ without attorney
_____ _____ ☐ Defendant not present ☐ with/by attorney _____

| | | Certified/Sworn per Evid. Code | Sworn per Evid. Code |
|---|---|---|---|

_____ _____ ☐ _____ interpreter_____ ☐ Section 751(C)   ☐ Section 751(A)

_____ _____ ☐ Trial commenced ☐ by Court ☐ by Jury.

_____ _____ ☐ Found Guilty of (a) violation(s) of:_____

_____ _____ ☐ Found Not Guilty of (a) violation(s) of: _____

_____ _____ ☐ Mistrial declared as to:_____

_____ _____ ☐ Defendant served copy of appeal rights.

_____ _____ Time ☐ Waived ☐ Not waived for sentencing.

_____ _____ ☐ Referred to the Probation Department. ☐ Sentencing scheduled.  SEE **CONTINUANCES.**

JUDGE:_____ CLERK:_____ REPORTER:_____

6.

## JUDGEMENT/SENTENCE/PROBATION ORDER:

_____   _____   ☐ Defendant present       ☐ without attorney
                              ☐ Defendant not present   ☐ with/by attorney _____

|  | Certified/Sworn per Evid. Code | Sworn per Evid. Code |
|---|---|---|
|  | ☐ Section 751(C) | ☐ Section 751(A) |

_____   **MAR 25 1991** ☐ _____ interpreter _____

_____   **MAR 25 1991** ☐ Formal arraignment for and time of sentencing waived.  ☐ Defendant arraigned for sentence.

_____   _____ ☐ Sentence suspended  ☐ as to all counts  ☑ as to section(s) _242 PC_____.

_____   _____ ☐ Defendant sentenced to _____ day(s)/month(s)/year(s) County Jail.

_____   **MAR 25 1991** ☐ Execution  ☑ Imposition of sentence suspended for the period of probation.

_____   **MAR 25 1991** ☑ Admitted to  ☑ Formal  ☐ Court probation for a period of ___3_____ day(s)/
month(s)/year(s) from the date of this order on the conditions indicated in probation form which
is incorporated herein by reference.  ☐ PC 1203.1b  Fee ordered $ _____.
Defendant furnished a copy of conditions, including:
FINE TO BE PAID TO:  ☐ COURT  ☐ DEPARTMENT OF REVENUE  ☐ PROBATION OFFICE.

_____   _____ ☐ Defendant ordered to pay fine of:
Count _____ $ _____ Plus $ _____ Penalty Assessment.
Count _____ $ _____ Plus $ _____ Penalty Assessment.
Suspended Fine in the amount of $ _____ Plus $ _____ Penalty Assessment.

| Restitution Fee | $ _Waived_ | Drug Program Fee $ _____ |
| Alcohol Program Assessment | $ _____ | _____ Fee $ _____ |
| Laboratory Fee | $ _____ | _____ Fee $ _____ |
| Night Court Assessment | $ _____ | _____ Fee $ _____ |
| Accounts Payable Fee | $ _____ | _____ Fee $ _____ |

_____ _____ ☐ Credit Time Served         $ _____ (PC 2900.5)
_____ _____ ☐ Volunteer Work of _____ Hours in lieu of fine. SEE **CONTINUANCES.**
_____ _____ ☐ Pay Today  ☐ Stay to _____.  ☐ Payments granted: $ _____ /month commencing _____
_____ _____ ☐ Committed for fine at one day in jail for each $30.00 of fine unpaid. (May Pay Out)
                         ☐ Consecutive to  ☐ Concurrent with _____
_____ _____ ☐ Commitment issued.
_____ _____ ☐ Cash Bail applied to fine; Balance, if any, exonerated.

### JAIL:

☑ STRAIGHT TIME     ☐ WEEKENDS     ☐ WEEKEND WORK     P.C. 1209 ☐ FEE ORDERED     NO FEE ☐ ORDERED     ELECTRONIC ☐ MONITOR PROGRAM

_____ **MAR 25 1991** ☑ Defendant ordered to serve:
Count _1_ _15_ hrs/(days)/mos. Credit _5_ hrs/(days) pursuant to PC2900.5
Count _____ _____ hrs/days/mos. Credit _____ hrs/days pursuant to PC2900.5
☐ Suspended _____ Hours/Day(s)/Month(s)/Year/all but _____ Hours/Day(s)/Month(s)/Year

_____ **MAR 25 1991** ☑ (Consecutive) Concurrent with _any_____
                         ☐ Appear Dept. of Corrections on _____ at _____ AM/PM for pre-processing.
_____ _____ ☐ Sentence to be served _____
_____ _____ ☐ Sentence to commence _____ at 8:00 A.M. and consecutive Saturdays/Sundays _____
_____ _____ ☐ Stay of execution to _____. Defendant ordered to surrender to
                         Dept. of Correction/Court at that time.
_____ **MAR 25 1991** ☑ Commitment issued.  ☐ Deemed satisfied.  ☐ Release issued.

7.

**OTHER CONDITIONS AND ORDERS:**

_____ _____ ☐ Commit no criminal acts. ☐ Obey all laws. ☐ Not consume intoxicating liquors and drive
☐ Pursuant to CVC 23206.

_____ _____ ☐ Must maintain liability/property damage insurance.

_____ _____ ☐ Submit to chemical testing as directed by any peace officer.

_____ _____ ☐ Must hold valid operator's license. ☐ Seek and maintain employment.

_____ _____ ☐ Complete Alcohol Program, First/Multiple Offender ☐ through the Probation Department

_____ _____ ☐ Attend Alcoholics Anonymous meetings_____. SEE **CONTINUANCES.**

_____ MAR 25 1991 ☑ Participate in ~~Educational, Vocational, and/or Therapeutic~~ *Domestic violence* Program as directed by Probation

_____ _____ ☐ Perform_____hours volunteer work ☐ as directed by Probation Department.

_____ _____ ☐ Restitution to the victim _____ ☐ Refer to Victim Witness.
SEE **CONTINUANCES.**

_____ _____ ☐ Pay child support in the sum of $_____ per month.

_____ _____ ☐ Payable through ☐ Probation Department ☐ Victim/Witness Assistance Center
☐ Family Support Trustee

_____ _____ ☐ Pay attorney fees (PC 987.8) $_____through Department of Revenue.

_____ _____ ☐ Submit person/vehicle/residence to search/seizure at any time, without benefit of warrant as directed
by any peace officer.

_____ _____ ☐ License suspended/restricted/revoked for_____to, from, during ☐ work ☐ school
☐ alcohol program ☐ license surrendered ☐ pursuant to C.V.C. 13202.5.

_____ _____ Vehicle ☐ Impounded ☐ Not Impounded. ☐ Order filed. ☐ License surrendered

_____ _____ ☐ Abstract to Dept. of Motor Vehicles. ☐ Advised Habitual Traffic Offender.

_____ _____ ☐ Weapon ordered destroyed/returned. ☐ Advised HS 11590/PC290 registration.

_____ MAR 25 1991 ☑ *Defendant not to annoy, harass or*
_____ MAR 25 1991 ☑ *strike Young Jeon.*
_____ _____ ☐ _____
_____ _____ ☐ _____
_____ _____ ☐ _____
_____ _____ ☐ _____
_____ _____ ☐ _____
_____ _____ ☐ _____
_____ _____ ☐ _____

JUDGE:___**THOMAS WM. CAIN**___ CLERK:___*Terri Born*___ REPORTER:___**W A I V E D**

8.

**PROBATION HEARINGS:**

_____ _____ ☐ Defendant not present.  ☐ Probation revoked. Defendant found in violation of Probation

_____ _____ ☐ Bench Warrant ordered. Bail $_____

_____ _____ ☐ Bench Warrant issued to_____

_____ _____ ☐ Warrant recalled.        _____ _____ ☐ Warrant returned and filed.

JUDGE:_____CLERK:_____REPORTER:_____

_____ _____ ☐ Defendant not present.  ☐ Probation revoked. Defendant found in violation of Probation

_____ _____ ☐ Bench Warrant ordered. Bail $_____

_____ _____ ☐ Bench Warrant issued to_____

___ __ _____ ☐ Warrant recalled.        _____ _____ ☐ Warrant returned and filed.

JUDGE:_____CLERK:_____REPORTER:_____

| | |
|---|---|
| _____ _____ | ☐ Defendant present    ☐ without attorney |
| | ☐ Defendant not present   ☐ with/by attorney _____ |

|  | Certified/Sworn per Evid. Code | Sworn per Evid. Code |
|---|---|---|
| _____ _____ ☐ _____ interpreter_____ | ☐ Section 751(C) | ☐ Section 751(A) |

_____ _____ ☐ Arraigned for Violation of Probation.  ☐ Admits  ☐ Denies allegations.  ☐ SEE **CONTINUANCES.**

_____ _____ ☐ Refer/Appoint Public Defender.

_____ _____ Probation  ☐ Modified  ☐ Revoked  ☐ Reinstated  ☐ Extended_____

☐ Terminated  ☐ Upon completion of jail.

_____ _____ ☐ _____Balance of Jail Sentence to commence_____

_____ _____ ☐ $_____Fine balance rescheduled, stay payments to_____.

___ __ _____ ☐ Remanded for fine at one day in jail for each $30.00 fine unpaid (may pay out).

_____ _____ ☐ Balance of  ☐ Fine/Jail sentence commuted  ☐ No further penalties.

_____ _____ ☐ Commitment issued  ☐ Release issued.

_____ _____ ☐ Referred/Delete Alcohol Program. License  ☐ suspended  ☐ revoked  ☐ surrendered
☐ restriction removed.  ☐ Amended abstract to Dept. of Motor Vehicles.

_____ _____ ☐ _____

JUDGE:_____CLERK:_____REPORTER:_____

| | |
|---|---|
| _____ _____ | ☐ Defendant present    ☐ without attorney |
| | ☐ Defendant not present   ☐ with/by attorney _____ |

|  | Certified/Sworn per Evid. Code | Sworn per Evid. Code |
|---|---|---|
| _____ _____ ☐ _____ interpreter_____ | ☐ Section 751(C) | ☐ Section 751(A) |

_____ _____ ☐ Formal hearing held, Defendant found  ☐ in violation  ☐ not in violation of probation.

_____ _____ ☐ Refer/Appoint Public Defender.

_____ _____ Probation  ☐ Modified  ☐ Revoked  ☐ Reinstated  ☐ Extended_____

☐ Terminated  ☐ Upon completion of jail.

_____ _____ ☐ _____Balance of Jail Sentence to commence_____

_____ _____ ☐ $_____Fine balance rescheduled, stay payments to _____.

9

## PROBATION HEARINGS (CONTINUED):

_____  _____  _____  ☐ Remanded for fine at one day in jail for each $30.00 fine unpaid (may pay out).

_____  _____  _____  ☐ Balance of  ☐ Fine/Jail sentence commuted  ☐ No further penalties.

_____  _____  _____  ☐ Commitment issued  ☐ Release issued.

_____  _____  _____  ☐ Referred/Delete Alcohol Program. License  ☐ suspended  ☐ revoked  ☐ surrendered
☐ restriction removed.  ☐ Amended abstract to Dept. of Motor Vehicles.

_____  _____  _____  ☐ _____

JUDGE:_____ CLERK:_____ REPORTER:_____

SEP 20 2___   ☐ Petition for record clearance pursuant to  ☐ P.C. 1203.4  ☐ P.C. 1203.4a granted and filed.

_____   ☐ Amended Abstract to Dept. of Motor Vehicles.   RAY E. CUNNINGHAM
                                                            JUDGE          R. WELCH-JONES

## MISCELLANEOUS HEARINGS AND ORDERS:

10.

MUNICIPAL COURT OF CALIFORNIA
SANTA CLARA COUNTY JUDICIAL DISTRICT
□ PROCEEDINGS □ SENTENCE & PROBATION ORDER

CASE NO. C9143570
CEN 9113157

SAN JOSE FACILITY
200 WEST HEDDING ST.
SAN JOSE, CA 95110

PEOPLE VS.
L.K.A.

JEFFREY BASTASINI
1868 VICTORIA LANDING
SAN JOSE, CA 95132

DATE 03/25/91 1:30 PM DEPT. 07
11/21/62 CAV8092279 548233094
CD0763 M

JUDGE          HON. THOMAS W. CAIN
REPORTER       REPORTER WAIVED
DEF. ATTY.

HEARING        ARRAIGNMENT
AGENCY         SJ-04313-2822-DELL
STATUS         I-    -    /          TW

SUFO:

CHARGES        M(01)PC273.5(A)          M(02)PC242

NEXT COURT APPEARANCE DATE _____

☑ Defendant Present ☐ Not Present
☑ Arr./Advised ☐ Viol. of Prob. ☐ Arr. Waived
☐ Not Guilty ☑ Rptr. Advised/Waived
☐ COP ☐ Guilty ☑ Nolo Contendere ☐ Refusal Adm.
☐ Priors ☐ Allegations ☐ Admitted ☐ Denied
☑ Time Waived ☐ Not Waived ☑ For Sentence
☑ Refer ☐ Appoint Public Defender
☐ Public Defender declares conflict ☐ Relieved
☐ Stip. to Comm. ☐ PC 987.8 Fees Ordered $_____
☐ Waives Rights ④
    ctual Basis ☑ Findings ☑ Adv. Max. Penalties
☐ Amended to VC 23103a ☐ Purs. VC 23103.5 MDA
☐ Amended _____
☐ PC 17b Reduction _____
☐ Probation Denied
☐ Sentenced To _____ County Jail. ☐ Execution ☑ Imposition of sentence suspended for the probationary period.
☐ COURT ☐ FORMAL PROBATION GRANTED for a period of _____ 3 _____ days/mos./years from the date of this order. ☐ PC 1203.1b fees ordered.
    Probation ☐ Reinstated ☐ Terminated ☐ Modified ☐ Revoked. Defendant Found in Violation. ☐ Probation extended to expire _____
☐ Original Terms in full force except as amended herein _____
☑ Conditions of Probation follow (see reverse side for additional conditions) ☐ Advised VC 23206 ☐ HTO Status

☐ Attorney Not Present ☐ Present _____
☐ Arraignment ☐ Plea ☐ I. D. Counsel Interpreter _____
☐ Supv O/R ☐ O/R ☐ Bail Hrg
☐ Prelim. ☐ Setting ☐ Pretrial Conf.
☐ Jury ☐ Ct. Trl. ☐ Peo/Def Waive Jury
☐ Proof Of _____
☐ Notice of Eligibility Filed
☐ Crim. Proc. Susp. ☐ Term. ☐ Rein.
☐ Diversion ☐ Granted ☐ Denied
☑ Probation/ ☐ Sentence DF$ _____
☐ Revocation ☑ Report Prob. Dept.

*upon release*

☐ Bail ☐ Exonerated ☐ Forfeited Bond # _____
☐ Bail Apply ☐ Balance Exonerated
☐ Forfeiture Set Aside ☐ Bail Reinstated
☐ B/W Set Aside ☐ Recalled ☐ Filed
    O/R ☐ Revoked ☐ Reinstated ☐ May post and forfeit
☐ B/W Ordered, Bail $ _____ ☐ B/W Stayed
☐ No SCIT Release ☐ No W/O
☐ Hrg On Motion _____
Motion ☐ Denied ☐ Granted ☐ O/C ☐ Submitted
☐ $ _____ Costs by _____
☐ Dismissed _____

**FINE** PAY TO: ☐ COURT ☐ D.O.R. ☐ PROBATION ☐ Family Support Trustee $ _____

Count _____ $_____ PA _____ Orig. Fine Bal. $_____
Count _____ $_____ PA _____ CTS PC 2900.5 $_____
Susp. Fine $_____ PA _____ Total Amt Due $_____
    RF $ ⓪
F   APA/DPF $_____
E   LAB $_____
E   NC $_____
    AR $_____

☐ _____ Hours of Volunteer Work in lieu of fine
☐ Payments granted/modified $_____ per month commencing_____
☐ Stay To _____
☐ Committed for fine at one day in jail for each $30.00 of fine unpaid (May Pay Out)
☐ Consecutively ☐ Concurrently_____

☑ Sentence Suspended *Ct 2*
☐ Restitution _____
☐ VWAC ☐ APO

**JAIL** ☑ Straight Time ☐ Weekends ☐ Weekend Work ☐ PC 1209 Fee Ordered ☐ PC 1209 Fee Waived ☐ Work Furlough Recommended
☐ Serve *Ct 1 - 15* Hrs./Days/Mos. ☐ Suspend ☐ All But _____ Hrs./Days/Mos. ☐ EMP
☐ C.T.S. PC 2900.5 *5* Hrs./Days. To be served ☑ Consecutively ☐ Concurrently *cny*
☐ Appear Dept. of Correction on _____ at _____ AM/PM for pre-processing
☐ Sentence to commence _____ at 8:00 A.M. and consecutive Saturdays/Sundays _____
☐ Stay of execution granted to _____ and defendant to surrender to Dept. of Correction at that time.

☐ Must hold valid operators license and maintain Liability/Property Damage Insurance.
☐ Within _____ days enroll in first offender Alcohol Program - Level _____ and complete without interruption.
☐ Participate in ☐ Delete ☐ Reinstate second offender alcohol program as directed by Probation Office (PO)
☑ Participate in Educational, Vocational, Alcohol, Psychiatric or other Therapeutic Program as directed by PO/Court *Domestic Violence*
☐ Submit person/vehicle/residence to search/seizure at any time without benefit of warrant. ☐ Alcohol/Drug Test as directed by any Peace Officer.
☐ License suspended/restricted/revoked for _____ to, from, during ☐ work ☐ Alcohol Program. ☐ License Surrendered ☐ Purs. VC 13202.5
    Vehicle ☐ Impounded ☐ Not Impounded ☐ Order Filed, ☐ License restriction removed.
☐ _____ Hours Volunteer Work ☐ As directed by P.O. ☐ Reg. Purs. PC 290/HS 11590 ☐ Weapon ordered returned/destroyed
☑ Other *Not to annoy, harass or strike Young Jeon*

☐ REMANDED to custody until next appearance.
☐ ORDERED RELEASED: ☐ on O/R ☐ on S/O/R          BAIL $ _____ ☐ As a condition of SORP
☑ COMMITTED to custody until sentence is satisfied in full. ☐ Stay on jail sentence. See above.

I certify the foregoing is a true copy of the order/judgment rendered on the above date.
CLERK OF THE ABOVE ENTITLED COURT BY _____ *L. Born* _____ DEPUTY CLERK

PROMISE TO APPEAR: I will appear at all times and places as ordered by the Court, and have read and understand all conditions set forth on the reverse side.

EXECUTED ON _____ BY _____ DEFENDANT

# MUNICIPAL COURT OF CALIFORNIA
## SANTA CLARA COUNTY JUDICIAL DISTRICT

☒ San Jose Facility
200 W. Hedding, SJ 95110
(408) 299-2230

☐ Santa Clara Facility
1095 Homestead Rd., SC 95050
(408) 249-8251

☐ Gilroy Facility
7350 Rosanna St., GI 95020
(408) 847-2442

☐ Palo Alto Facility
270 Grant Ave., PA 94306
(415) 324-2228

☐ Los Gatos Facility
14205 Capri Dr., LG 95030
(408) 378-3227

☐ Sunnyvale Facility
605 W. El Camino, SV 94087
(408) 739-1503

```
THE PEOPLE OF THE STATE OF CALIFORNIA  )
                             Plaintiff,  )
         vs.                             )        CEN No. _____
                             Defendant,  )
_____
```

It appearing to the Court from the information submitted:

☒ There IS sufficient probable cause to detain the defendant;

☐ There IS NOT sufficient probable cause to detain the defendant. It is hereby ordered that the defendant be released;

☐ Exigent circumstances exist. It is ordered that the defendant be held _____ additional hours;

for a felony, to wit: a violation(s) of _____

_____.

_____
                                    *(Magistrate)*
                    ☐ *Superior Court*  ☐ *Municipal Court*

                    DATE: _____    TIME: _____

Pursuant to a telephonic conversation with a representative of the Office of Pretrial Services, Judge _____ made the above Order upon considering an Affidavit of probable cause filed by the arresting officer.

_____
Date & Time of Telephonic Review

_____
Representative of Office of Pretrial Services



1727 REV 9/89