Donald E.J. Kilmer, Jr., (SBN: 179986)
LAW OFFICES OF DONALD KILMER
A Professional Corporation
1645 Willow Street, Suite 150
San Jose, California 95125
Telephone:  408/264-8489
Facsimile:  408/264-8487
E-Mail:  Don@DKLawOffice.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ENOS, JEFF BASTASINI, LOUIE MERCADO, WALTER GROVES, MANUEL MONTEIRO, EDWARD ERIKSON, and VERNON NEWMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>ERIC HOLDER, as United States Attorney General, and ROBERT MUELLER, III, as Director of the Federal Bureau of Investigation,<br><br>Defendants. | Case No.: 2:10-CV-02911-JAM-EFB<br><br>DECLARATION OF **RICHARD ENOS** IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT<br><br>Federal Rule of Civil Procedure 56<br><br>Date:  January 25, 2012<br>Time:  9:30 a.m.<br>Place:  Courtroom 6, 14th Floor<br>501 "I" Street<br>Sacramento, CA 95814<br>Judge:  Hon. John A. Mendez |

I, RICHARD ENOS, declare as follows:

1. I am a Plaintiff in the above-entitled case.

2. I am a resident of California.  I live in the County of San Joaquin.

3. On or about July 15, 1991, I plead nolo contendere and was convicted of a misdemeanor violation of California Penal Code § 273.5 (a).

4. In 1993 the California Legislature amended Penal Code § 12021 and added Penal Code § 273.5 to the list of misdemeanors which prohibit a person from acquiring/possessing a firearm for 10 years after the date of conviction.

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

Enos v. Holder                              Page 1 of  3                        Plaintiff: Enos Decl MSJ

5. I was not prohibited from exercising any other civil right (voting, holding public office, and/or serving jury duty) as a consequence of my conviction.

6. On September 13, 1994, the Congress passed the Violence Against Women Act, and in 1996 Congress amended the act to impose a lifetime prohibition against the acquisition/possession of firearms by misdemeanants convicted of Domestic Violence.  See: 18 U.S.C. §§ 921 and 922 et seq.

7. In March of 1999, I petitioned for a record clearance under Penal Code § 1203.4.

8. On May 25, 1999, my Penal Code § 1203.4 petition was granted by the Honorable Ray E. Cunningham, Superior Court Judge. Plaintiff's plea of guilty was withdrawn, a plea of not guilty was entered and the court dismissed the case.

9. On May 12, 2000, I filed a PETITION FOR RESTORATION OF CIVIL RIGHTS (FIREARM POSSESSION).

10. On Jun 16, 2000, the PETITION FOR RESTORATION OF CIVIL RIGHTS (FIREARM POSSESSION) was granted by the Honorable Thang N. Barrett.

11. In February of 2001, I caused a letter to be sent to the California Department of Justice referencing the order by Judge Barrett restoring his rights. At that point in time the State of California had cleared me to own/possess firearms.

12. In August of 2004, I was denied a firearm purchase and advised by the State of California that the denial was being maintained by U.S. Department of Justice, Federal Bureau of Investigation, National Instant Criminal Background Check System.

13. As of December 14, 2011, I am permitted to acquire and possess firearms under the laws of the State of California.

14. As of December 14, 2011, I am prohibited from acquiring and possessing firearms due to threat of criminal prosecution under federal law.

15. But for Defendants' wrongful interpretation of the federal laws regulating

Donald Kilmer
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

1    firearm possession and purchase by domestic violence misdemeanants, I
2    would would acquire, keep and bear arms for, among other lawful purposes,
3    self-defense in my home.
4  16.  Attached to this Declaration are true and correct copies[1] of:
5    a.  The minute order from the Penal Code § 12021(c)(3) Motion that was
6        heard on June 16, 2000.
7    b.  The Petition for Restoration of Civil Rights (Firearm Possession),
8        Memorandum of Points and Authorities and Declaration in Support
9        Thereof filed on May 12, 2000.
10   c.  Attached as <u>Exhibit A</u> to the PC § 12021(c)(3) Petition is the Petition
11       and Order under Penal Code § 1203.4.

12   I declare under penalty of perjury under the laws of the State of California
13  and the laws of the United States that the forgoing is true and correct and that this
14  declaration was executed in the State of California.

15                                /s/ Richard Enos
16                                RICHARD ENOS, Plaintiff

20              ATTESTATION FOR COMPLIANCE WITH GENERAL ORDER 45
                        AND LOCAL RULE VIII.B.
21
22   I, Donald Kilmer, declare under penalty of perjury under the laws of California and the United States that I have in my possession e-mail correspondence from my client RICHARD ENOS that the content of this document
23  is acceptable to all persons required to sign the document. I declare that this document was signed in San Jose, CA on December 14, 2011.
24
   /s/  Donald Kilmer
25  _____
   Donald Kilmer, for Plaintiffs
26

---

28   [1] Copies of these document were already provided to the Defendants pursuant to FRCP 26.

Donald Kilmer
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487