Donald E.J. Kilmer, Jr., (SBN: 179986)
LAW OFFICES OF DONALD KILMER
A Professional Corporation
1645 Willow Street, Suite 150
San Jose, California 95125
Telephone:   408/264-8489
Facsimile:    408/264-8487
E-Mail:        Don@DKLawOffice.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ENOS, JEFF BASTASINI, LOUIE MERCADO, WALTER GROVES, MANUEL MONTEIRO, EDWARD ERIKSON, and VERNON NEWMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>ERIC HOLDER, as United States Attorney General, and ROBERT MUELLER, III, as Director of the Federal Bureau of Investigation,<br><br>Defendants. | Case No.: 2:10-CV-02911-JAM-EFB<br><br>DECLARATION OF **MANUEL MONTEIRO** IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT<br><br>Federal Rule of Civil Procedure 56<br><br>Date:   January 25, 2012<br>Time:  9:30 a.m.<br>Place:  Courtroom 6, 14th Floor<br>           501 "I" Street<br>           Sacramento, CA 95814<br>Judge:  Hon. John A. Mendez |

I, MANUEL MONTEIRO, declare as follows:

1. I am a Plaintiff in the above-entitled case.

2. I am a resident of California.

3. I plead no contest (and/or guilty) in Santa Clara County Superior Court to a misdemeanor charge of California Penal Code § 273.5 on May 27, 1992.

4. I was not prohibited from exercising any other civil right (voting, holding public office, and/or serving jury duty) as a consequence of my conviction.

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

Enos v. Holder Page 1 of  3 Plaintiff: Groves Decl MSJ

1  5.   In 1993 the California Legislature amended Penal Code § 12021 and added
2       Penal Code § 273.5 to the list of misdemeanors which prohibit a person from
3       acquiring/possessing a firearm for 10 years after the date of conviction.
4  6.   On September 13, 1994, Congress passed the Violence Against Women Act,
5       and in 1996 Congress amended the act to impose a lifetime ban on the
6       acquisition/possession of firearms by misdemeanants convicted of Domestic
7       Violence. 18 U.S.C. §§ 921 and 922 et seq.
8  7.   On or about September 1, 1995 I requested relief under Penal Code § 1203.4.
9  8.   On October 3, 1995 the Superior Court of Santa Clara County granted my
10      request for relief under Penal Code § 1203.4.  My plea was withdrawn, a plea
11      of not guilty was entered and the court dismissed the case.
12 9.   On or about July 14, 2011, I was denied a firearm purchase.  In a letter of
13      explanation from the California Department of Justice, I was informed that
14      the denial was based on the Federal Brady Act.
15 10.  As of December 14, 2011, I am permitted to acquire and possess firearms
16      under the laws of the State of California.
17 11.  As of December 14, 2011, I am prohibited from acquiring and possessing
18      firearms due to threat of criminal prosecution under federal law.
19 12.  But for Defendants' wrongful interpretation of the federal laws regulating
20      firearm possession and purchase by domestic violence misdemeanants, I
21      would acquire, keep and bear arms for, among other lawful purposes, self-
22      defense in my home.
23 13.  Attached are true and correct copies[1] of the following documents:
24      a.   Correspondence from the California Department of Justice
25           documenting the reasons for denying my purchase of firearms.
26      b.   My pleadings and order under PC § 1203.4.

---

[1] These documents were provided to the Defendants as part of Plaintiffs' FRCP 26 Disclosures.

Donald Kilmer
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

1  I declare under penalty of perjury under the laws of the State of California
2  and the laws of the United States that the forgoing is true and correct and that this
3  declaration was executed in the State of California.

4                                        /s/ Manuel Monteiro
5                                   MANUEL MONTEIRO, Plaintiff

8  ATTESTATION FOR COMPLIANCE WITH GENERAL ORDER 45
   AND LOCAL RULE VIII.B.

10  I, Donald Kilmer, declare under penalty of perjury under the laws of California and the United States that I have in my possession e-mail correspondence from my client MANUEL MONTEIRO that the content of this document is acceptable to all persons required to sign the document. I declare that this document was signed in San Jose, CA on December 14, 2011.

/s/  Donald Kilmer
_____
Donald Kilmer, for Plaintiffs

Donald Kilmer
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487