*KAMALA D. HARRIS*
*Attorney General*

*State of California*
*DEPARTMENT OF JUSTICE*



DIVISION OF LAW ENFORCEMENT
**BUREAU OF FIREARMS**
P.O. BOX 820200
SACRAMENTO, CA 94203-0200
Public: (916) 227-3752
Facsimile: (916) 227-3744

July 14, 2011

MEL COTTON'S RENTALS INC
1266 W SAN CARLOS
SAN JOSE, CA 95126

Re: Dealer's Record of Sale Number: 6034-01709
    Dated:
    Purchaser:          MANUEL PEREIRA MONTEIRO

# PURCHASER PROHIBITED
# DO NOT RELEASE THE FIREARM

Dear Firearms Dealer:

You are hereby notified that the California Department of Justice records indicate that the above purchaser is a person not eligible to posses a firearm. Therefore, **do not release the firearm to the purchaser**.

The dealer shall make available to the person in the prohibited class a Prohibited Notice and Power of Attorney transfer form to facilitate the immediate transfer of firearms he or she may already have under his or her custody or control, provided by the department, and also inform the person that he or she may obtain from the department the reason for the prohibition.

If you have any questions, please contact Firearms Purchaser Clearance Section at (916) 227 - 3752.

Sincerely,

STEVE BUFORD, Manager
Bureau of Firearms

For  KAMALA D. HARRIS
Attorney General

7/20/2011



*KAMALA D. HARRIS*
*Attorney General*

*State of California*
*DEPARTMENT OF JUSTICE*

DIVISION OF LAW ENFORCEMENT
BUREAU OF FIREARMS
P.O. BOX 820200
SACRAMENTO, CA 94203-0200
Public: (916) 227-3752
Facsimile: (916) 227-3744

July 14, 2011

MANUEL PEREIRA MONTEIRO
2469 ALFRED WAY
SAN JOSE, CA 95122

RE: FIREARM DENIAL

Dear MANUEL PEREIRA MONTEIRO:

When a person applies to purchase a firearm in California, the California Department of Justice (DOJ) is required by state law to examine its records in order to determine whether the purchaser is eligible under state law to purchase and possess firearms. The DOJ is also authorized to check certain federal records to determine whether the purchaser is prohibited under federal law from purchasing or possessing firearms.

You recently applied to purchase a firearm. The DOJ has tentatively identified a record in a state or federal database which indicates that you are prohibited by state and/or federal law from purchasing or possessing firearms. This determination was based upon information provided by you in your application to purchase a firearm such as your name, date of birth, driver's license number and physical description, but has not been confirmed with fingerprint comparison. It is possible that the record may not be yours and may belong to another individual whose name and identifying information is similar to yours.

Your recent firearms purchase application has been denied based on our review of state and/or federal records that matched your identifying information, and revealed the following firearms prohibiting information:

Misdemeanor domestic violence convictions (273.5PC, 243(E)(1) PC Convictions over 10 years old) - Federal Brady Act, effected November 30, 1998.

# CALIFORNIA DEPARTMENT OF JUSTICE
## BUREAU OF FIREARMS
# FIREARMS RECORD REVIEW
# REQUEST FOR LIVE SCAN SERVICE



*Please Type or Print*

ORI: __AB165__     Type of Application: __Firearms Record Review__

Reason for Application: _____     __Firearms Eligibility Denial__

Agency Address:

California Department of Justice
Record Review Unit
Name

P.O. Box 903417
Address

Sacramento, CA  94203-4170
City         State        Zip Code

07041
Mail Code (five digit code assigned by DOJ)

Record Review Unit
Contact Name

(916) 227-3835
Contact Telephone No.

Name of Applicant: _____
                     Last            First                M

Alias: _____
         Last            First                M

Date of Birth: _____     Sex: ☐ Male  ☐ Female     Billing No: __Applicant to pay fees__

Height: _____  Weight: _____ Eye Color _____  Hair Color: _____  Place of Birth: _____

Home Address: _____     California Driver's License No: _____

Street or P.O. Box     Social Security Number: _____

City         State        Zip Code     Daytime Telephone Number _____

Level of Service: ☒ DOJ only     If Resubmission, list Original ATI No: _____

Live Scan Transaction Completed by: _____     Date: _____
                     Name of Operator

Transmitting Agency: _____     Amount Collected: _____

ATI Number: _____     Terminal ID: _____

ORIGINAL - Live Scan Operator     SECOND COPY - Applicant

BCII/BOF 8016 FRR (Revised 11/08)

Instructions for Completing

## FIREARMS RECORD REVIEW REQUEST FOR LIVE SCAN SERVICE

California Penal Code sections 11120 through 11127, and 12077.5 afford you an opportunity to obtain a copy of your record, if any, contained in the files of the California Department of Justice and refute any erroneous or inaccurate information contain therein.

Beginning with live scan transactions submitted after April 6, 2006, the Department of Justice (DOJ) will only mail responses to you.

You may use the information you receive to answer questions regarding past criminal history, firearms eligibility, or to complete an application or questionnaire. However, no person or agency may require you to obtain a copy of your record or to furnish the information for any purpose, including immigration, visa, employment, licensing, or certification. (See California Penal Code Sections 11125 and 12077.5(g).)

### GUIDELINES FOR COMPLETING THE "REQUEST FOR LIVESCAN SERVICE" FOR (BCII/BOF 8016 FRR)

| CATEGORY | INSTRUCTIONS | COMMENTS |
|---|---|---|
| Type of Application: | Verify "Firearms Record Review" appears. | This is a mandatory field and must be completed. |
| Reason for Application: | Write a brief explanation of why you need this information. | Example reason, "Firearms Eligibility Denial" |
| Name of Applicant & Personal Descriptors: | Enter your full name, any known alias, date of birth, sex, heigth, weight, eye & hair color, place of birth, social security number and California driver's license number. | Name, date of birth, and sex are mandatory fields and must be provided. All others are optional. |
| Applicant Address: | Enter your home address. | This is a mandatory field and must be completed. |
| Daytime Telephone Number: | Enter the telephone number, including area code, where you can be reached between 8 a.m. and 5 p.m. | A telephone number is useful in helping to resolve problems which could result in a delay in processing your request |

### AFTER COMPLETING THE "REQUEST FOR LIVE SCAN SERVICE" FORM

* Check your local telephone directory or contact your local Police Department or Sheriff's Office for businesses or local law enforcement agencies that offer "Live Scan" fingerprinting services, the fee charged by the business/agency for the Live Scan service, and the types of payment accepted. You can also view a current listing of Live Scan sites offering electronic fingerprinting services on the Attorney General's website at: http://ag.ca.gov/fingerprints/publications/contact.htm.

* Go to the Live Scan business/agency of your choice and have your fingerprints taken. Your total cost will be $25 plus the fingerprint rolling fee charged for taking your fingerprints. Please ensure that any private fingerprinting service you select is certified by the California Department of Justice.

* If you have questions about completing the "Request for Live Scan Service" form (BCII/BOF 8016 FRR), contact the Record Review Unit at (916) 227-3835.

* For inquiries regarding the status of your criminal history record review, please contact the Record Review Unit at (916) 227-3849.

* For inquiries regarding the status of your firearm record review (e.g., restraining order, mental health record, etc.), please contact the Firearms Record Review Unit at (916) 227-1375.

# SANTA CLARA COUNTY PROBATION DEPARTMENT
(408) 435-2100

Dennis Handis
Chief Probation Officer

MANUEL P. MONTEIRO

DATE: 11-1-95

2469 ALFRED WAY
WAN JOSE, CA 95122

__1.RECORD CLEARANCE/~~REDUCTION~~ GRANTED IN CASE NUMBER (S): (see attached)

1. C9290187   2._____   3._____   4._____
5._____   6._____   7._____   8._____

__ 2. YOU ARE INELIGIBLE FOR A RECORD CLEARANCE/REDUCTION AS:

__You are on an active Diversion or Court/Formal probation grant until _____ .
__You committed a new offense within one year of judgment on case _____ .
__Probation was revoked and not later reinstated on case _____ .
__You have a Failure to Appear/Pay with the Department of Motor Vehicles.
__The conviction on case _____ was for a non-reducible felony.
__Probation was denied and you were committed to State Prison in case _____ .
__Your request was denied by the court in case(s) _____ .

__ 3. A RECORD CLEARANCE/REDUCTION IS NOT NECESSARY AS:

__Case _____ was dismissed or diversion was completed and the charges dismissed.
__The conviction in case _____ was for an infraction, which is not clearable.
__A Record Clearance/Reduction was previously granted on case _____ .

__ 4. WE ARE UNABLE TO PROCESS YOUR REQUEST AT THIS TIME AS:

__We are unable to process your record based on the information provided. Please provide all the information requested. Case numbers can be obtained from the court of jurisdiction or you may review your criminal history at the Sheriff's Office.
__You have a pending criminal or Immigration matter, or an active arrest or bench warrant in process. Please provide a copy of the final disposition when this matter is concluded.
__We received no response to our letter/call of _____, and are closing this matter.
__Case _____ was in another jurisdiction, please contact _____ county.
__Please contact the undersigned at the number listed below.
__A refund will be forwarded to you by the Santa Clara County Department of Revenue.
__Other: _____
_____

Very truly yours,

Donald Prestigiacomo
Probation Community Worker
(408) 435-2073

# MUNICIPAL COURT OF CALIFORNIA

## SANTA CLARA COUNTY JUDICIAL DISTRICT

FILED
OCT 0 3 1995

San Jose

FACILITY Chief Administrative Officer/Clerk
Municipal Court, Santa Clara Co. Jud. Dist.

By _Sandy Washington_ Deputy

*THE PEOPLE OF THE STATE OF CALIFORNIA,*
*PLAINTIFF,*

*VS.*

Manuel Monteiro

*DEFENDANT,*

CASE NO. C9290187

PETITION AND ORDER UNDER
P.C. 1203.4

### PETITION

*I, the undersigned, say: that I am the probation officer for the defendant in the above-entitled criminal*

*action, who was convicted of the misdemeanor offense of violation of Section* ___273.5(A)___

( ___PC___ *on* ___5/27/92___

*That probation was granted on the terms and conditions set forth in the docket of the above-named court; that the defendant has:*

{ X } *fulfilled the conditions of probation for the entire period thereof;*

{ } *been discharged from probation prior to the termination of the period thereof.*

*Wherefore petitioner hereby requests that defendant be permitted to withdraw his plea of guilty, or that the verdict or finding of guilty be set aside and that a plea of not guilty be entered and that the court dismiss this action pursuant to Section 1203.4 of the Penal Code.*

*Executed on* ___9/1/95___ *at 2600 North First Street, San Jose, California*
　　　　　　　　　　date

*I declare under penalty of perjury that the foregoing is true and correct.*

___Robert J. Crain___
*Petitioner*

### ORDER

D. Prestigiacomo

*It appearing to the court from the records on file in this case, and from the foregoing petition, that the defendant herein is eligible for the relief requested. The defendant is advised that this Order does not relieve him/her of the obligation to disclose the above referenced conviction in response to any direct question contained in any questionnaire or application for public office or for licensure by any State or local agency, or for contracting with the California State Lottery. It is hereby ordered that the plea, verdict, or finding of guilt in the above-entitled action be set aside and vacated and a plea of not guilty be entered; and that the complaint be, and is hereby dismissed.*

Dated ___OCT 0 3 1995___

Stephen Manley

Rev: 8/28/92

7468 REV 9/92

A-37