```
Donald E.J. Kilmer, Jr., (SBN: 179986)
LAW OFFICES OF DONALD KILMER
A Professional Corporation
1645 Willow Street, Suite 150
San Jose, California 95125
Telephone:  408/264-8489
Facsimile:  408/264-8487
E-Mail:     Don@DKLawOffice.com
```

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ENOS, JEFF BASTASINI, LOUIE MERCADO, WALTER GROVES, MANUEL MONTEIRO, EDWARD ERIKSON, and VERNON NEWMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>ERIC HOLDER, as United States Attorney General, and ROBERT MUELLER, III, as Director of the Federal Bureau of Investigation,<br><br>Defendants. | Case No.: 2:10-CV-02911-JAM-EFB<br><br>DECLARATION OF **VERNON NEWMAN** IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT<br><br>Federal Rule of Civil Procedure 56<br><br>Date:   January 25, 2012<br>Time:   9:30 a.m.<br>Place:  Courtroom 6, 14th Floor<br>        501 "I" Street<br>        Sacramento, CA 95814<br>Judge:  Hon. John A. Mendez |

I, VERNON NEWMAN, declare as follows:

1. I am a Plaintiff in the above-entitled case.

2. I am a resident of California.

3. On September 17, 1998, I plead guilty and/or no contest in a Santa Clara Superior Court to a misdemeanor charge of Penal Code § 243(e).

4. I was not prohibited from exercising any other civil right (voting, holding public office, and/or serving jury duty) as a consequence of my conviction.

Donald Kilmer
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

5. On July 17, 2008, the Superior Court granted my petition under Penal Code § 1203.4. My plea was withdrawn, a plea of not guilty was entered and the court dismissed the case.

6. On or about August 1, 2011 I was denied a firearm purchase by the California Department of Justice after truthfully answering "YES" to question 11.i., on ATF Form 4473 (5300.9).

7. As of December 14, 2011, I am permitted to acquire and possess firearms under the laws of the State of California.

8. As of December 14, 2011, I am prohibited from acquiring and possessing firearms due to threat of criminal prosecution under federal law.

9. But for Defendants' wrongful interpretation of the federal laws regulating firearm possession and purchase by domestic violence misdemeanants, I would acquire, keep and bear arms for, among other lawful purposes, self-defense in my home.

10. Attached are true and correct copies[1] of the following documents:

   a. Correspondence dated August 1, 2011 documenting the reasons for denying my purchase of firearms.

   b. My pleadings and order under PC § 1203.4.

I declare under penalty of perjury under the laws of the State of California and the laws of the United States that the forgoing is true and correct and that this declaration was executed in the State of California.

                                              /s/ Vernon Newman
                                              VERNON NEWMAN, Plaintiff

---

[1] These documents were provided to the Defendants as part of Plaintiffs' FRCP 26 Disclosures.

Donald Kilmer
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

ATTESTATION FOR COMPLIANCE WITH GENERAL ORDER 45
AND LOCAL RULE VIII.B.

I, Donald Kilmer, declare under penalty of perjury under the laws of California and the United States that I have in my possession e-mail correspondence from my client VERNON NEWMAN that the content of this document is acceptable to all persons required to sign the document.  I declare that this document was signed in San Jose, CA on December 14, 2011.

/s/   Donald Kilmer
_____
Donald Kilmer, for Plaintiffs

Donald Kilmer
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

Enos v. Holder            Page 3 of  3            Plaintiff: Newman Decl MSJ