KAMALA D. HARRIS  
*Attorney General*

State of California  
DEPARTMENT OF JUSTICE



DIVISION OF LAW ENFORCEMENT  
BUREAU OF FIREARMS  
P.O. BOX 820200  
SACRAMENTO, CA 94203-0200  
Public: (916) 227-3752  
Facsimile: (916) 227-3744

August 01, 2011

GUN EXCHANGE OF SAN JOSE INC  
2902 ALMADEN EXPY  
SAN JOSE, CA 95125

Re: Dealer's Record of Sale Number: 6050-00300  
    Dated:  
    Purchaser:               VERNON LEE NEWMAN

## PURCHASER PROHIBITED
## DO NOT RELEASE THE FIREARM

Dear Firearms Dealer:

You are hereby notified that the California Department of Justice records indicate that the above purchaser is a person not eligible to posses a firearm. Therefore, **do not release the firearm to the purchaser**.

The dealer shall make available to the person in the prohibited class a Prohibited Notice and Power of Attorney transfer form to facilitate the immediate transfer of firearms he or she may already have under his or her custody or control, provided by the department, and also inform the person that he or she may obtain from the department the reason for the prohibition.

If you have any questions, please contact Firearms Purchaser Clearance Section at (916) 227 - 3752.

                Sincerely,

                STEVE BUFORD, Manager  
                Bureau of Firearms

              For KAMALA D. HARRIS  
                    Attorney General

**KAMALA D. HARRIS**
*Attorney General*

State of California
*DEPARTMENT OF JUSTICE*



DIVISION OF LAW ENFORCEMENT
**BUREAU OF FIREARMS**
P.O. BOX 820200
SACRAMENTO, CA 94203-0200
Public: (916) 227-3752
Facsimile: (916) 227-3744

GUN EXCHANGE OF SAN JOSE INC
2902 ALMADEN EXPY
SAN JOSE, CA  95125

August 01, 2011

RE:  Dealer's Records of Sale Number:  605000300
     Dated: July 25, 2011
     Purchaser:  VERNON LEE NEWMAN

# PURCHASER PROHIBITED
# DO NOT RELEASE THE FIREARM

Dear Firearms Dealer:

You are hereby notified that the California Department of Justice records indicate that the above purchaser is a person not eligible to possess a firearm.  Therefore, **do not release the firearm to the purchaser.**

The dealer shall make available to the person in the prohibited class a Prohibited Notice and Power of Attorney transfer form to facilitate the immediate transfer of firearms he or she may already have under his or her custody or control, provided by the department, and also inform the person that he or she may obtain from the department the reason for the prohibition.

If you have any questions, please contact the Firearms Purchaser Clearance Section at (916) 227-3752.

Sincerely,

*Gerri Kanelos*

GERRI KANELOS, MANAGER
Bureau Of Firearms

For KAMALA D. HARRIS
    Attorney General

cc:   SAN JOSE PD #1

# County of Santa Clara

**Probation Department**
Adult Division
2314 North First Street
San Jose, California 95131
(408) 435-2100



---

Print Date: 07/22/2008     PFN: DNJ456

Vernon Lee Newman
2557 Forest Av
San Jose, CA  95117

Mail Date: _____

Re: Newman, Vernon Lee

[X]  1. RECORD CLEARANCE GRANTED IN CASE NUMBER(S) (see attached)
     C9747818
[ ]  2. YOU ARE INELIGIBLE FOR A  AS:
     [ ]   You are on an active Diversion or  probation grant until
     [ ]   You committed a new offense within one year of judgment on case
     [ ]   Probation was revoked and not later reinstated on case
     [ ]   You have a Failure to  with the Department of Motor Vehicles.
     [ ]   The conviction on case  was for a non-reducible felony.
     [ ]   Probation was denied and you were committed to State Prison in case
     [ ]   Your request was <u>denied by the Court</u> in case(s)
     [ ]   You sustained a new law violation while on probation for case(s):
     [ ]   You sustained a violation of probation for case(s):
[ ]  3. <u>A RECORD CLEARANCE/REDUCTION IS NOT NECESSARY AS:</u>
     [ ]   Case  was dismissed or diversion was completed and the charges dismissed.
     [ ]   The conviction in case  was for an infraction, or for a violation of Section 286(c), 288, 288.5,
           288a(c) or 289(j) PC which are not clearable.
     [ ]   A Record Clearance/Reduction was previously granted on case
     [ ]   A refund will be forwarded to you by the Santa Clara County Department of Revenue.
[ ]  4. <u>WE ARE UNABLE TO PROCESS YOUR REQUEST AT THIS TIME AS :</u>
     [ ]   We are unable to identify your record based on the information provided. Please provide <u>all</u>
           the information requested. The Case numbers can be obtained from the court of jurisdiction, or
           you may review your criminal history at the Sheriff's Office.
     [ ]   You have a pending . Please provide a copy of the <u>final disposition</u> when this matter is
           concluded.
     [ ]   To re-apply, submit a copy of this letter and your application to the Probation Department when
           the issues above/below are resolved.
     [ ]   We need additional information in order to determine your eligibility. Please provide the
           undersigned with a copy of your:
           ☐ California DMV record      ☐ California Criminal History
     [ ]   Outstanding balance owed to the Dept. of Revenue Account #. Contact (408) 282-3200.
           Satisfy and reapply showing proof of full payment.
     [ ]   OTHER:

Respectfully,
Perla Arellano
(408) 435-2213

**ENDORSED**
**FILED**

JUL 17 2008

DAVID H. YAMASAKI
G. COOLDENSON Officer/Clerk
Superior Court of CA County of Santa Clara
BY_____DEPUTY

**SUPERIOR COURT OF CALIFORNIA**
**COUNTY OF SANTA CLARA**

Facility: HALL OF JUSTICE - SAN JOSE

Date of Hearing:
Court No.: C9747818
Probation No.: DNJ456

THE PEOPLE OF THE
STATE OF CALIFORNIA

vs.

**VERNON LEE NEWMAN**
AKA:
DEFENDANT

PETITION FOR MODIFICATION OR CHANGE OF TERMS OF PROBATION AND PETITION AND ORDER UNDER SECTION 1203.4, 1203.4a & 17 OF THE PENAL CODE

[X] 1. The Defendant was placed on Formal Probation, and was convicted of a Misdemeanor offense(s) of a violation of Section(s): 243(e) PC (Battery/Noncohabitant/Cohabitant/Former Spouse) on September 17, 1997 (Expired: September 17, 2000).

[X] 2. The Defendant has requested:
   [X] Record Clearance pursuant to Section 1203.4 PC

[X] 3. The Defendant has satisfied all the terms and conditions of the sentence of the Court.

[ ] 4. Attachment:   ☐ JPQH ☐ CII   ☐ DMV ☐ PO Report ☐ Reference Letter ☐ Motion ☐ Other:

[ ] 5. The Probation Department is recommending for granting the Defendant's request(s) for a reduction to a misdemeanor pursuant to Section 17 PC, for the following reason(s):

COMMENTS:

PROBATION RECOMMENDATION(s):
   [X] Grant Record Clearance pursuant to Section 1203.4 PC

| Perla Arellano | 06/30/2008 | _[signature]_ | 7-1-08 |
|---|---|---|---|
| Prepared By | Date | Supervising Probation Officer | Date |

**ORDER AND NOTICE TO DEFENDANT UNDER 1203.4 OF THE PENAL CODE**

*It is hereby ordered that the plea, verdict, or finding of guilt in the above entitled action be set aside and vacated and a plea of not guilty be entered; and that the complaint be, and is hereby dismissed. A Record Clearance order pursuant to Section 1203.4 of the Penal Code does not relieve you of the obligation to disclose the conviction in response to any direct question in any questionnaire or application for public office, for licenser by any State or local agency, or contracting with the California Lottery.*

PC 1203.3 ☐ Grant ☐ Deny   PC 1203.4 ☒ Grant ☐ Deny   PC1203.4a ☐ Grant ☐ Deny   PC17 ☐ Grant ☐ Deny

| Judge Kurt E. Kumli | JUL 17 2008 |
|---|---|
| JUDGE | Date |

17 B