Donald E.J. Kilmer, Jr. (SBN: 179986)
LAW OFFICES OF DONALD KILMER, A.P.C.
1645 Willow Street, Suite 150
San Jose, California 95125-5120
Voice: (408) 264-8489
Fax: (408) 264-8487
Email: Don@DKLawOffice.com

Attorney for the Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ENOS, JEFF BASTASINI, LOUIE MERCADO, WALTER GROVES, MANUEL MONTEIRO, EDWARD ERIKSON, and VERNON NEWMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>ERIC HOLDER, as United States Attorney General, and ROBERT MUELLER, III as Director of the Federal Bureau of Investigations,<br><br>Defendants. | Case No.: 2:10-CV-2911-JAM-EFB<br><br>PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE OF STAYS IN OTHER SECOND AMENDMENT SCRUTINY CASES THAT ARE PENDING IN THE NINTH CIRCUIT<br><br>Date:      January 25, 2012<br>Time:      9:30 a.m.<br>Place:     Courtroom 6, 14th Floor<br>           501 "I" Street<br>           Sacramento, CA 95814<br>Judge:     Hon. John A. Mendez<br>Time Est.: 30 minutes |

By and through undesigned counsel, Plaintiffs RICHARD ENOS, JEFF BASTASINI, LOUIE MERCADO, WALTER GROVES, MANUEL MONTEIRO, EDWARD ERIKSON, and VERNON NEWMAN, hereby request, pursuant to Fed.R. Evid. 201, that the Court take judicial notice of the attached orders from cases pending the Ninth Circuit. They are:

1. *Richards v. Prieto (Yolo County),* No.: 11-16255 – A Second Amendment and Equal Protection challenge to the good cause and good moral character standards for the issuance of firearm carry licences under California law.

2. *Peruta v. San Diego County*, No.: 10-56971 – is similar to the *Richards* case and though docketed in the Ninth Circuit during 2010, it was filed in the District Court of Southern California well after the *Richards* case.

3. *Montana Shooting Sports v. Holder*, No.: 10-36094 – is a case challenging the federal government's jurisdiction to regulate firearm sales with regard to firearms that are manufactures, sold and possessed solely within the State of Montana.

4. *Pena v. Cid*, Case No.: 2:09-CV-01185-KJM-CKD - is a challenge to the State of California's Safe-Handgun Roster and the criteria for including/excluding firearms for sale in California based on vague and ambiguous characteristics of firearms.

DISCLOSURE: Plaintiffs' Counsel in this action is also an attorney (though not lead counsel) in *Richards v. Prieto* and *Pena v. Cid*.

Date: January 17, 2012

   /s/ Donald E. J. Kilmer, Jr.
Attorney for the Plaintiffs

FILED

DEC 20 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ADAM RICHARDS; et al.,<br><br>　　　　Plaintiffs - Appellants,<br><br>　v.<br><br>ED PRIETO and COUNTY OF YOLO,<br><br>　　　　Defendants - Appellees. | No. 11-16255<br><br>D.C. No. 2:09-cv-01235-MCE-DAD<br>Eastern District of California, Sacramento<br><br>ORDER |

The court stays proceedings in this appeal pending this court's en banc decision in *Nordyke v. King,* No. 07-15763, 2011 WL 5928130 (9th Cir. Nov. 28, 2011) (granting rehearing en banc).

For the Court:

MOLLY C. DWYER
Clerk of Court

Halina Larman
Case Management Attorney
Ninth Circuit Rule 27-7/Advisory
Note to Rule 27
and Ninth Circuit 27-10

FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DEC 20 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| EDWARD PERUTA; et al., | No. 10-56971 |
| Plaintiffs - Appellants, | D.C. No. 3:09-cv-02371-IEG-BGS<br>Southern District of California,<br>San Diego |
| v. | |
| COUNTY OF SAN DIEGO and WILLIAM D. GORE, individually and in his capacity as Sheriff, | ORDER |
| Defendants - Appellees. | |

The court stays proceedings in this appeal pending this court's en banc decision in *Nordyke v. King,* No. 07-15763, 2011 WL 5928130 (9th Cir. Nov. 28, 2011) (granting rehearing en banc).

For the Court:

MOLLY C. DWYER
Clerk of Court

Halina Larman
Case Management Attorney

Ninth Circuit Rule 27-7/Advisory
Note to Rule 27
and Ninth Circuit 27-10

FILED

UNITED STATES COURT OF APPEALS

DEC 20 2011

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MONTANA SHOOTING SPORTS ASSOCIATION; et al., <br><br> Plaintiffs - Appellants, <br><br> and <br><br> STEVE BULLOCK, Montana Attorney General, <br><br> Intervenor, <br><br> v. <br><br> ERIC H. HOLDER, Jr., Attorney General, <br><br> Defendant - Appellee. | No. 10-36094 <br><br> D.C. No. 9:09-cv-00147-DWM <br> District of Montana, <br> Missoula <br><br><br> ORDER |

The court stays proceedings in this appeal pending this court's en banc decision in *Nordyke v. King,* No. 07-15763, 2011 WL 5928130 (9th Cir. Nov. 28, 2011) (granting rehearing en banc).

For the Court:

MOLLY C. DWYER
Clerk of Court

Halina Larman
Case Management Attorney
Ninth Circuit Rule 27-7/Advisory
Note to Rule 27
and Ninth Circuit 27-10

## Don Kilmer

| | |
|---|---|
| **From:** | caed_cmecf_helpdesk@caed.uscourts.gov |
| **Sent:** | Tuesday, December 20, 2011 1:38 PM |
| **To:** | CourtMail@caed.uscourts.gov |
| **Subject:** | Activity in Case 2:09-cv-01185-KJM-CKD Pena et al v. Cid |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Eastern District of California - Live System

### Notice of Electronic Filing

The following transaction was entered on 12/20/2011 at 1:38 PM PST and filed on 12/20/2011

**Case Name:** Pena et al v. Cid
**Case Number:** 2:09-cv-01185-KJM-CKD
**Filer:**
**Document Number:** 38(No document attached)

**Docket Text:**
**MINUTE ORDER issued by Courtroom Deputy C. Schultz for Judge Kimberly J. Mueller on 12/20/2011: In accordance with defendant's notice filed on 12/16/2011 [37], the court hereby vacates its minute order lifting stay [36]. This case is stayed pending further order of the court. Parties shall submit a joint status report within ten (10) days of the Ninth Circuit's order in Nordyke v. King, No. 07-15763. (TEXT ONLY ENTRY) (Schultz, C)**

**2:09-cv-01185-KJM-CKD Notice has been electronically mailed to:**

Alan Gura     alan@gurapossessky.com, a1@alangura.com

Anthony R Hakl , III     Anthony.Hakl@doj.ca.gov, ECFCoordinator@doj.ca.gov, janice.smialek@doj.ca.gov

Donald E. J. Kilmer , Jr    don@dklawoffice.com, Christina@dklawoffice.com

**2:09-cv-01185-KJM-CKD Electronically filed documents must be served conventionally by the filer to:**