Donald E.J. Kilmer, Jr. (SBN: 179986)
LAW OFFICES OF DONALD KILMER, A.P.C.
1645 Willow Street, Suite 150
San Jose, California 95125-5120
Voice: (408) 264-8489
Fax: (408) 264-8487
Email: Don@DKLawOffice.com

Attorney for Plaintiffs

LAW OFFICE OF DONALD KILMER, APC
1645 Willow St., Suite 150, San Jose, CA 95125
Vc: (408) 264-8489 Fx: (408) 264-8487
Don@DKLawOffice.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

RICHARD ENOS, JEFF BASTASINI, LOUIE MERCADO, WALTER GROVES, MANUEL MONTEIRO, EDWARD ERIKSON and VERNON NEWMAN,

Plaintiffs,

vs.

ERIC HOLDER, as United States Attorney General, and ROBERT MUELLER, III, as Director of the Federal Bureau of Investigation,

Defendants.

CASE NO.: 2:10-CV-02911-JAM-EFB

STIPULATION AND ORDER

Date: January 25, 2012
Time: 1:30 p.m.
Place: Courtroom 6, 14th Floor
Judge: Hon. John A. Mendez

Pursuant to an oral stipulation of the parties made during the hearing on Defendants' Motion to Dismiss (date, time and place are set forth above), the parties, through undersigned counsel, hereby formalize their stipulation adding parties to this action as follows:

1. In addition to the named Defendants, the UNITED STATES shall be added as a party defendant to this action in all future pleadings before this Court. Assistant United States Attorney Edward A. Olsen warrants that he has authority from the UNITED STATES to represent the UNITED STATES and

LAW OFFICE OF DONALD KILMER, APC
1645 Willow St., Suite 150, San Jose, CA 95125
Vc: (408) 264-8489 Fx: (408) 264-8487
Don@DKLawOffice.com

that he has authority to have the UNITED STATES joined to the action without the necessity of requiring the Plaintiffs to seek an amended summons and reserve this action upon the UNITED STATES. Furthermore the parties specifically stipulate that service of process on the UNITED STATES would be identical to the service of process that has already been achieved in this matter. Furthermore the parties stipulate that United States Attorney's Office for the Eastern District of California would be the designated attorney of record for the UNITED STATES. Furthermore the parties stipulate that there is no prejudice to the UNITED STATES by this stipulation.

2. This stipulation and order is being entered in this action to satisfy the jurisdictional requirements of 18 U.S.C. § 925A that the UNITED STATES be a named party in any action under that statute.

**SO STIPULATED**.

Date: February 1, 2012

/s/ Donald Kilmer
Donald Kilmer for Plaintiffs

Date: February 1, 2012

/s/ Edward Olsen
Edward Olsen for Defendants

ATTESTATION FOR COMPLIANCE WITH GENERAL ORDER 45
AND LOCAL RULE VIII.B.

I, Donald Kilmer, declare under penalty of perjury under the laws of California and the United States that I have in my possession e-mail correspondence from Edward Olsen that the content of this document is acceptable to all persons required to sign the document. I declare that this document was signed in San Jose, CA on February 1, 2012.

/s/ Donald Kilmer
Donald Kilmer, for Plaintiffs

**SO ORDERED**.

Date:

JOHN A. MENDEZ
United States District Judge