Donald E.J. Kilmer, Jr. (SBN: 179986)
LAW OFFICES OF DONALD KILMER, A.P.C.
1645 Willow Street, Suite 150
San Jose, California 95125-5120
Voice: (408) 264-8489
Fax: (408) 264-8487
Email: Don@DKLawOffice.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| RICHARD ENOS, JEFF BASTASINI, LOUIE MERCADO, WALTER GROVES, MANUEL MONTEIRO, EDWARD ERIKSON and VERNON NEWMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>ERIC HOLDER, as United States Attorney General, and ROBERT MUELLER, III, as Director of the Federal Bureau of Investigation,<br><br>Defendants. | CASE NO.: 2:10-CV-02911-JAM-EFB<br><br>STIPULATION AND ORDER<br><br>Date:     January 25, 2012<br>Time:    1:30 p.m.<br>Place:    Courtroom 6, 14th Floor<br>Judge:   Hon. John A. Mendez |

Pursuant to an oral stipulation of the parties made during the hearing on Defendants' Motion to Dismiss (date, time and place are set forth above), the parties, through undersigned counsel, hereby formalize their stipulation adding parties to this action as follows:

1. In addition to the named Defendants, the UNITED STATES shall be added as a party defendant to this action in all future pleadings before this Court. Assistant United States Attorney Edward A. Olsen warrants that he has authority from the UNITED STATES to represent the UNITED STATES and that he has authority to have the UNITED STATES joined to the action without the necessity of requiring the Plaintiffs to seek an amended summons and reserve this action upon the UNITED STATES. Furthermore the parties specifically stipulate that service of process on the UNITED STATES would be identical to the service of process that has already been achieved in this matter. Furthermore the parties stipulate that United States Attorney's Office for the Eastern District of California would be the designated attorney of record for the UNITED STATES. Furthermore the parties stipulate that there is no prejudice to the UNITED STATES by this stipulation.

2. This stipulation and order is being entered in this action to satisfy the jurisdictional requirements of 18 U.S.C. § 925A that the UNITED STATES be a named party in any action under that statute.

**SO STIPULATED**.

Date:  February 1, 2012

 /s/ Donald Kilmer
Donald Kilmer for Plaintiffs

Date:  February 1, 2012

 /s/ Edward Olsen
Edward Olsen for Defendants

ATTESTATION FOR COMPLIANCE WITH GENERAL ORDER 45
AND LOCAL RULE VIII.B.

I, Donald Kilmer, declare under penalty of perjury under the laws of California and the United States that I have in my possession e-mail correspondence from Edward Olsen that the content of this document is acceptable to all persons required to sign the document. I declare that this document was signed in San Jose, CA on February 1, 2012.

/s/   Donald Kilmer
Donald Kilmer, for Plaintiffs

**SO ORDERED**.

Date:   2/1/2012

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge