Donald E.J. Kilmer, Jr., (SBN: 179986)
LAW OFFICES OF DONALD KILMER
A Professional Corporation
1645 Willow Street, Suite 150
San Jose, California 95125
Telephone:	408/264-8489
Facsimile:	408/264-8487
E-Mail:	Don@DKLawOffice.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ENOS, JEFF BASTASINI, LOUIE MERCADO, WALTER GROVES, MANUEL MONTEIRO, EDWARD ERIKSON, and VERNON NEWMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>ERIC HOLDER, as United States Attorney General, ROBERT MUELLER, III, as Director of the Federal Bureau of Investigation, and UNITED STATES OF AMERICA,<br><br>Defendants. | CASE NO.: 2:10-CV-02911-JAM-EFB<br><br>**PLAINTIFFS' CONTINUING OBJECTION TO DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**<br><br>Date (Held): January 25, 2012<br>Time:	1:30 p.m.<br>Place:	Courtroom 6, 14th Floor<br>Judge:	Hon. John A. Mendez |

On or about January 18, 2012, the Plaintiffs filed Objections to material submitted by the Defendants in support of their opposition to Plaintiffs' Motion for Summary Judgment. (Dkt # 52) During argument on the Defendants Motion to Dismiss, the Court invited the Defendants to clarify their submissions.

On or about February 1, 2012, the Defendants filed a Request for Judicial Notice and Response to Plaintiffs' Objections. (Dkt # 59) Although the Court did not invite further briefing on these evidentiary issues and their impact on any Rule 56

Donald Kilmer
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

Enos v. Holder	Page 1 of 2	Plaintiffs' Objection to RFJN

ruling the court may make, the Plaintiffs hereby file this continuing objection lest their silence be construed as a waiver.

Furthermore, if the Court so directs, the Plaintiffs are willing and prepared to submit additional briefing limited to solely to these evidentiary issues and their impact on any pending Rule 56 adjudication the Court may be considering.

Respectfully Submitted on February 17, 2012,

/s/

Donald E.J. Kilmer, Jr., (SBN: 179986)
LAW OFFICES OF DONALD KILMER
A Professional Corporation
1645 Willow Street, Suite 150
San Jose, California 95125-3030
Telephone:   408/264-8489
Facsimile:   408/264-8487
E-Mail:   Don@DKLawOffice.com

Attorney for Plaintiffs

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

Enos v. Holder                    Page 2 of 2                    Plaintiffs' Objection to RFJN