UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

**RICHARD ENOS, ET AL.,**
      Plaintiff

   v.                                  **CASE NO. 2:10−CV−02911−JAM −EFB**

**ERIC HOLDER, ET AL.,**
      Defendant

    You are hereby notified that a Notice of Appeal was filed on **February 29, 2012** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

March 7, 2012

                                **VICTORIA C. MINOR**
                                **CLERK OF COURT**

                         **by:**  /s/ L. Reader

                            Deputy Clerk