UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

TO:         CLERK, U.S. COURT OF APPEALS

FROM:       CLERK, U.S. DISTRICT COURT

SUBJECT:    NEW APPEALS DOCKETING INFORMATION

CASE INFORMATION

| | |
|---|---|
| USDC Number: | **2:10–CV–02911–JAM –EFB** |
| USDC Judge: | **JUDGE JOHN A. MENDEZ** |
| USCA Number: | **NEW APPEAL** |
| Complete Case Title: | **RICHARD ENOS vs. ERIC HOLDER** |
| Type: | **CIVIL** |
| Complaint Filed: | **10/29/2012** |
| Appealed Order/Judgment Filed: | **2/28/2012** |
| Court Reporter Information: | |

FEE INFORMATION

**Fee Status: Paid on 3/1/2012 in the amount of $455.00**

Information prepared by: /s/  **L. Reader , Deputy Clerk**